**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
  amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **DLD3 Carts LLC** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  San Tan Golf Carts** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-2021534** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2378 W Apache Trail**<br>**Apache Junction, AZ 85120** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Maricopa** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    santangolfcarts.com

6. **Type of debtor**

  ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

  ☐ Partnership (excluding LLP)

  ☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___4412___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **San Tan Manufacturing LLC** | | Relationship | **Affiliate** |
|---|---|---|---|---|
| District | **Arizona** | When | **6/21/24** | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**     .     *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **Request for Relief, Declaration, and Signatures** |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 21, 2024**
               MM / DD / YYYY

X **/s/ Donald R. Cooley, III**                          **Donald R. Cooley, III**
Signature of authorized representative of debtor          Printed name

                                                         _____
                                                         Email Address of debtor

Title    **Manager-Member**

**18. Signature of attorney**

X **/s/ Warren J. Stapleton**                     Date **June 21, 2024**
Signature of attorney for debtor                       MM / DD / YYYY

**Warren J. Stapleton 018646**
Printed name

**OSBORN MALEDON, P.A.**
Firm name

**2929 N. Central Avenue**
**Suite 2100**
**Phoenix, AZ 85012**
Number, Street, City, State & ZIP Code

Contact phone    **602-640-9354**    Email address    **wstapleton@omlaw.com**

**018646 AZ**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **DLD3 Carts LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF ARIZONA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Samson MCA LLC 17 State St 6th Floor New York, NY 10004** | | | **Unliquidated Disputed** | | | $294,816.60 |
| **Byzfunder NY LLC 530 7th Ave Ste 505 New York, NY 10018** | | | **Unliquidated Disputed** | | | $192,245.40 |
| **Fox Funding Group LLC 803 S 21st Ave Hollywood, FL 33020** | | | **Unliquidated Disputed** | | | $137,302.90 |
| **Spartan Capital 30 Wall St 8th Flr New York, NY 10005** | allorens@spartancapitalgroup.com | | **Unliquidated Disputed** | | | $115,200.00 |
| **Expert Funding 585 Stewart Ave Ste L90 Garden City, NY 11530** | | **Deposit accounts, accounts receivables, general intangibles, instruments and inventory** | **Unliquidated Disputed** | | | $72,500.00 |
| **Bank of America PO Box 660441 Dallas, TX 75266-0441** | | | | | | $52,543.38 |
| **American Express PO Box 60189 City of Industry, CA 91716-0189** | | | | | | $23,942.58 |
| **American Express PO Box 60189 City of Industry, CA 91716-0189** | | | | | | $19,337.61 |
| **Arizona Dept of Revenue PO BOX 29010 Phoenix, AZ 85038-9010** | | **Sales Tax** | | | | $18,335.35 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Factory Motor Parts 6489 E Main St Mesa, AZ 85207** | | | | | | **$17,092.20** |
| **Arnold Machinery 2975 W 2100 S Salt Lake City, UT 84119** | | | | | | **$14,151.77** |
| **Eide Bailey 5929 Fashion Point Dr Ste 300 Ogden, UT 84403** | | | | | | **$12,600.00** |
| **US Bank Platinum PO Box 790408 Saint Louis, MO 63179-0408** | | | | | | **$12,244.63** |
| **Icon EV 1300 S Litchfield Rd Ste 270 Goodyear, AZ 85338** | | | **Disputed** | | | **$5,656.52** |
| **US Bank Cash Card PO Box 790408 Saint Louis, MO 63179-0408** | | | | | | **$4,882.70** |
| **Nivel Parts 2300 E 51st Ave Phoenix, AZ 85043** | | | | | | **$4,818.44** |
| **Circle K Fuel Card** | | | | | | **$4,500.00** |
| **Currenta Battery Inc 750 E Edna Pl Covina, CA 91723** | | | | | | **$2,700.00** |

# United States Bankruptcy Court
## District of Arizona

In re   **DLD3 Carts LLC**               Case No. _____

                        Debtor(s)         Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Donald Cooley III**<br>**11535 E Shepperd Ave**<br>**Gilbert, AZ 85295** | **N/A** | **30%** | **Stock** |
| **Donald Cooley Jr**<br>**10528 E Palladium Dr**<br>**Mesa, AZ 85212** | **N/A** | **30%** | **Stock** |
| **Laura Cooley**<br>**10528 E Palladium Dr**<br>**Mesa, AZ 85212** | **N/A** | **30%** | **Stock** |
| **Roberto Galante**<br>**1935 E Ivanhoe**<br>**Gilbert, AZ 85295** | **N/A** | **10%** | **Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **Manager-Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June 21, 2024**                 Signature   **/s/ Donald R. Cooley, III**

                                                       **Donald R. Cooley, III**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Arizona

In re    __DLD3 Carts LLC__                                          Case No. _____

                                    Debtor(s)          Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __DLD3 Carts LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 21, 2024                                  /s/ Warren J. Stapleton
_____                        _____
Date                                           Warren J. Stapleton 018646
                                               Signature of Attorney or Litigant
                                               Counsel for    DLD3 Carts LLC
                                               _____
                                               OSBORN MALEDON, P.A.
                                               2929 N. Central Avenue
                                               Suite 2100
                                               Phoenix, AZ 85012
                                               602-640-9354 Fax:602-640-9050
                                               wstapleton@omlaw.com

**JOINT WRITTEN CONSENT IN LIEU OF A SPECIAL MEETING
OF THE MEMBER AND MANAGERS OF
DLD3 CARTS, LLC – and – SAN TAN MANUFACTURING, LLC
AUTHORIZING CHAPTER 11 FILING**

**Effective as of June 20, 2024**

The undersigned, being: (1) the 60% members and all of the managers of DLD3 Carts, LLC, dba San Tan Golf Carts, a Arizona limited liability company; and (2) the 90% members and all of the managers of San Tan Manufacturing, LLC, an Arizona limited liability company, (collectively the "Members," "Managers," and "Companies"), hereby consent to and approve the actions set forth in the following resolutions without a meeting as permitted by Arizona Revised Statutes, Section 29-3301 and 33-3407(C), effective as of the date set forth above:

RESOLVED that in the judgment of the Members and Managers it is desirable and in the best interests of the Companies, their creditors and other interested parties, that a petition be filed by the Companies seeking relief under the provisions of Title 11 Chapter 11 Subchapter V of the United States Code (the "Bankruptcy Code"); and it is further

RESOLVED that Don Cooley, III and Don Cooley, Jr., jointly and independently, are hereby appointed by the Members and Managers as authorized signatories for the bankruptcy case (hereinafter, each is referred to as an "Authorized Signatory"); and it is further

RESOLVED that Don Cooley, III and Don Cooley, Jr., are authorized, empowered and appointed by the Member and Managers to file the bankruptcy case under chapter 11 of the Bankruptcy Code; and it is further

RESOLVED that the Companies employ Warren Stapleton and Andrew Haynes, Esq. of Osborn Maledon, P.A., to represent the Companies in connection with the Chapter 11 proceeding authorized herein; and it is further

RESOLVED that the Authorized Signatory be, and hereby is, authorized and directed on behalf of the Companies to execute and verify a petition in the name of the Companies under the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Arizona in such form and at such time as the Authorized Signatory executing said petition on behalf of the Companies shall determine; and it is further

RESOLVED that the Authorized Signatory, hereby is, authorized, directed and empowered, on behalf of and in the name of the Companies, to execute, verify and/or file, or cause to be filed and/or executed or verified (or direct others to do so on his behalf as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings, and other papers, and in that connection to employ and retain all assistance by legal counsel, investment bankers, accountants or other professionals and to take any and all action which he deems necessary and proper in connection with the bankruptcy case contemplated hereby, with a view to the successful prosecution of such case; including, without limitation, to direct the actions of legal counsel in connection with

the bankruptcy case contemplated hereby, and it is further

RESOLVED that the Authorized Signatory be, and hereby is, authorized, in the name and on behalf of the Companies, to take or cause to be taken any and all such further action and to execute and deliver to cause to be executed or delivered all such further agreements, documents, certificates and undertakings, and to incur all such fees and expenses as in his judgment shall be necessary, appropriate or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

RESOLVED that all actions previously taken by the Authorized Signatory in connection with the Bankruptcy filing, or any matter related thereto, are hereby adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Companies; and it is further

RESOLVED that all acts lawfully done or actions lawfully taken by the Authorized Signatory to seek relief on behalf of the Companies under the Bankruptcy Code or in connection with the bankruptcy case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Companies.

Don Cooley, III, Manager

Don Cooley, Jr., Manager

**Statement Regarding the Debtors' Financial Statements Attached to the Petition:**

San Tan Manufacturing's financials were last reconciled in February 2024 and this lack of reconciliation also affects San Tan Golf Cart's financial statements. In addition, San Tan Golf Cart's balance sheet does not reflect the $500,000 loan made by Captstone Mortgage (aka Josh Weeks Enterprises, LLC) in 2022, although that loan appears on San Tan Manufacturing's balance sheet. Similarly, San Tan Manufacturing's balance sheet does not show the loans made by the Factoring Lenders (as that term is defined in the Debtors' first day cash collateral motion). (These loans are reflected in publicly filed UCC-1s by these entities.) In addition, the inventory numbers on the attached financials reflect the Debtor's cost for the inventory – not their current value – which is likely to be substantially less.

The Debtors' management is currently working with its new bookkeeper to put the financial statements on a more solid footing.

# San Tan Golf Carts

## Balance Sheet

### As of June 19, 2024

|  | TOTAL |
|---|---:|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| 1000 TrustBank Checking *9454 | -77,625.49 |
| 1050 Petty Cash | 10,231.94 |
| New Trust Checking | 16,829.78 |
| **Total Bank Accounts** | **$ -50,563.77** |
| Accounts Receivable | |
| 1200 Accounts Receivable | 15,000.00 |
| **Total Accounts Receivable** | **$15,000.00** |
| Other Current Assets | |
| 1300 Undeposited Funds | 331,870.32 |
| 1400 Inventory | 371,989.19 |
| 1430 Inventory-Golf Carts | 230,565.00 |
| 1440 Pre Owned Golf Carts | 139,140.00 |
| 1450 Inventory-Parts | 63,292.25 |
| **Total 1400 Inventory** | **804,986.44** |
| 1515 N/R ALFA Electric Vehicles | 298,924.94 |
| 1520 N/R - TrustBank - Bank Error Adj | -16,021.32 |
| 1610 Triad Stock Asset | 10,000.00 |
| **Total Other Current Assets** | **$1,429,760.38** |
| **Total Current Assets** | **$1,394,196.61** |
| Fixed Assets | |
| 1600 Equipment | 47,981.08 |
| 1620 Furniture | 20,714.79 |
| 1640 Vehicles | 379,276.75 |
| 1720 Leasehold Improvements Casa Grande | 23,460.00 |
| 1722 Leasehold Improvements Apache Junction | 8,655.00 |
| 1730 Accumulated Depreciation | -485,346.99 |
| **Total Fixed Assets** | **$ -5,259.37** |
| Other Assets | |
| 1800 Security Deposit for Casa Grande | 4,200.00 |
| 1810 Security Deposit for Chandler/Sunlakes | 4,981.33 |
| 1900 Loans To Shareholders | 136,589.67 |
| **Total Other Assets** | **$145,771.00** |
| **TOTAL ASSETS** | **$1,534,708.24** |

# San Tan Golf Carts

## Balance Sheet
As of June 19, 2024

| | TOTAL |
|---|---|
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Credit Cards | |
| 2100 BOA CC 2815 (Laura) | 0.00 |
| 2120 BOA Corp Acct 6690 | 53,299.69 |
| 2140 BOA CC 4631 | 0.00 |
| 2145 US Bank *0322 | 4,134.90 |
| 2150 US Bank *0438 | 343.71 |
| 2180 Chase SW 5106 (D3-Personal) | 16.97 |
| 2185 American Express 11005 | 22,489.78 |
| 2187 American Expense 21005 | 17,803.87 |
| 2190 Trust Bank CC 8421 | 0.00 |
| **Total Credit Cards** | **$98,088.92** |
| Other Current Liabilities | |
| 2205 N/P ALFA Electric Vehicles | 78,834.34 |
| 2310 Fox Funding Group Loan | 94,402.90 |
| 2400 Sales Tax Payable | 37,307.70 |
| 2405 Out Of Scope Agency Payable | 0.00 |
| 2599 Payroll Clearing | 44,434.57 |
| 2600 Payroll Liability | 12,455.09 |
| 2610 Pre-Tax Health Benefit | -3,264.95 |
| 2615 Retirement | 2,161.57 |
| **Total 2600 Payroll Liability** | **11,351.71** |
| 2700 Accrued Interest Liability 0104 | 0.00 |
| **Total Other Current Liabilities** | **$266,331.22** |
| **Total Current Liabilities** | **$364,420.14** |
| Long-Term Liabilities | |
| 2320 Samson Horus LLC | -200,154.23 |
| 2805 2017 BMW 330 Loan *0870 | 0.00 |
| 2815 2019 Ford Loan *9109 | 14,601.45 |
| 2820 2020 Chevy 2500 Loan *9062 | 31,537.43 |
| 2825 2021 Chevy Truck Loan *6674 | 35,321.46 |
| 2830 2022 Chevy Loan *36-001 | 54,855.96 |
| 2840 TrustBank SBA Com Loan *0016 | 258,211.38 |
| 2845 SBA EIDL Loan *0104 | 144,269.00 |
| 2850 Byzfunder NY LLC | 115,183.91 |
| 2855 Trustbank PPP Loan | 0.00 |
| **Total Long-Term Liabilities** | **$453,826.36** |
| **Total Liabilities** | **$818,246.50** |

# San Tan Golf Carts

## Balance Sheet

As of June 19, 2024

| | TOTAL |
|---|---|
| Equity | |
| 3000 Opening Balance Equity | -23,817.61 |
| 3010 TRIAD STOCK | 161,467.79 |
| 3200 Shareholder Contributions | |
| 3210 Don III Contributions | 0.00 |
| 3220 Don Jr. Contributions | 1,200.00 |
| 3230 Laura Contributions | 21,242.53 |
| **Total 3200 Shareholder Contributions** | **22,442.53** |
| 3240 Shareholder Distributions | 23,578.97 |
| 3250 Don III Distributions | 47,441.32 |
| 3260 Don Jr. Distributions | -21,175.00 |
| 3270 Laura Distributions | 0.00 |
| **Total 3240 Shareholder Distributions** | **49,845.29** |
| 3500 Retained Earnings | -122,594.31 |
| Net Income | 629,118.05 |
| **Total Equity** | **$716,461.74** |
| **TOTAL LIABILITIES AND EQUITY** | **$1,534,708.24** |

# San Tan Golf Carts

## Profit and Loss
January 1 - June 19, 2024

|  | TOTAL |
|---|---:|
| Income | |
| 4000 AJ Golf Cart Sales | 604,725.26 |
| 4005 AJ Golf Cart Sales-Labor | 600.00 |
| 4015 AJ Parts Income | 122,900.13 |
| 4020 CG Freight | 14,045.26 |
| 4025 CG Labor | 2,120.00 |
| 4030 CG MVD Fee | 4,829.07 |
| 4035 CG Parts | 11,375.85 |
| 4040 CG Processing Fee | 717.00 |
| 4045 CG Sales | 453,766.32 |
| 4050 CG Sales - Parts | 2,995.00 |
| 4055 SL Freight | 20,284.59 |
| 4060 SL Labor | 4,579.99 |
| 4065 SL MVD Fee | 6,482.19 |
| 4070 SL Parts | 3,176.98 |
| 4075 SL Processing Fee | 1,171.85 |
| 4080 SL Sales | 730,805.61 |
| 4090 AJ Freight | 15,192.97 |
| 4095 AJ Processing Fee | 139.12 |
| 4200 Discounts & Refunds | -22,922.91 |
| 4205 Fuel Surcharge | 4,635.00 |
| 4215 Service Labor | 76,755.63 |
| 4220 Shipping Income | 6,120.43 |
| 4225 Pre-Owned Golf Cart Sales | 88,999.08 |
| Unapplied Cash Payment Income | 93.11 |
| Uncategorized Income | 2,000.00 |
| **Total Income** | **$2,155,587.53** |
| Cost of Goods Sold | |
| 5050 Materials/Parts | 646,647.84 |
| 5150 Shipping | 1,638.62 |
| 5200 Subcontractors | 21,517.57 |
| 5250 Title & License Fees | 1,972.89 |
| 5300 Golf Cart Inventory Adjustment | 136,515.00 |
| **Total Cost of Goods Sold** | **$808,291.92** |
| GROSS PROFIT | **$1,347,295.61** |
| Expenses | |
| 6010 Advertising & Marketing | 22,707.33 |
| 6070 Automobile | 20,725.60 |
| 6100 Bank Service Charges | 10,130.30 |
| 6220 Contract Labor | |
| 6225 Commissions | 350.00 |
| **Total 6220 Contract Labor** | **350.00** |

# San Tan Golf Carts

## Profit and Loss
### January 1 - June 19, 2024

| | TOTAL |
|---|---|
| 6310 Dues & Subscriptions | 932.70 |
| 6316 Employee Mileage Reimbursement | 7,073.01 |
| 6320 Entertainment | 2,829.97 |
| 6370 Insurance | 23,286.49 |
| 6940 Workman's Comp | 1,712.31 |
| **Total 6370 Insurance** | **24,998.80** |
| 6400 Interest | 20,330.99 |
| 6430 Licenses & Permits | 725.00 |
| 6460 Meals | 2,195.92 |
| 6470 Merchant Services | 16,445.68 |
| 6550 Office Supplies | 1,903.53 |
| 6570 Payroll Processing Expense | 7,351.55 |
| 6580 Payroll Taxes | 34,656.43 |
| 6590 Sales Tax Expense | -2,139.42 |
| 6610 Postage & Delivery | 95.59 |
| 6670 Professional Services | 18,246.88 |
| 6700 Rent | 62,727.45 |
| 6730 Repairs & Maintenance | 1,658.23 |
| 6760 Salaries - Officers | 62,000.00 |
| 6790 Salaries - Employees | 346,226.49 |
| 6805 Shop Supplies | 33.32 |
| 6810 Security | 2,223.65 |
| 6820 Taxes | -500.00 |
| 6850 Telephone | 3,236.48 |
| 6880 Travel | 7,271.11 |
| 6890 Uniform | 3,605.03 |
| 6910 Utilities & Internet | 8,661.16 |
| 6930 Website & Software | 599.24 |
| Unapplied Cash Bill Payment Expense | 17,351.20 |
| **Total Expenses** | **$704,653.22** |
| **NET OPERATING INCOME** | **$642,642.39** |
| Other Income | |
| 7000 Cash Back Rewards | 1,019.88 |
| **Total Other Income** | **$1,019.88** |
| Other Expenses | |
| 8000 Suspense | 14,544.22 |
| **Total Other Expenses** | **$14,544.22** |
| **NET OTHER INCOME** | **$ -13,524.34** |
| **NET INCOME** | **$629,118.05** |

EIDE BAILLY LLP
5929 FASHION POINT DR., STE. 300
OGDEN, UT 84403-4684



DLD3 CARTS LLC
2378 W APACHE TRL
APACHE JUNCTION, AZ  85120

326340
04-01-23



**CPAs & BUSINESS ADVISORS**

May 2, 2024

DLD3 Carts LLC
2378 W Apache Trl
Apache Junction, AZ  85120

DLD3 Carts LLC:

Enclosed are your 2023 S Corporation tax returns, as follows...

2023 U.S. Income Tax Return for an S Corporation

2023 Arizona S Corporation Income Tax Return

Instructions for filing the above forms are furnished for easy reference.

We prepared the returns from information you furnished us without verification.  Upon examination of the returns by taxing authorities, requests may be made for underlying data.  We therefore recommend that you preserve all records which you may be called upon to produce in connection with such an examination.

Many states require legal entities to register with them in order to do business in their state. Please remember to keep your registration active and current for each state that you have business activities.

The Corporate Transparency Act (CTA) requires new beneficial ownership disclosures to the Financial Crimes Enforcement Network (FinCEN) starting January 1, 2024. Because the CTA does not directly involve the IRS and no CTA disclosures are required with any federal or state tax filings, we cannot directly advise or assist with these new requirements. We recommend contacting your legal counsel for further advice.

Please advise us if the Internal Revenue Service and/or State Tax Commission makes written or verbal inquiries regarding this return.  Internal Revenue Service and/or State Tax Commission correspondence is occasionally incomplete and/or inaccurate.  We will assist you in resolving any tax matter upon your request.

Your copy should be retained for your files.

We sincerely appreciate the opportunity to serve you.  Please contact us if you have any questions concerning the tax returns.

Sincerely,



Derek L. Bell, CPA

| Name | Employer Identification Number |
|---|---|
| DLD3 CARTS LLC | **-***1534 |

| Description | Prior Year | Current Year | Increase (Decrease) |
|---|---|---|---|
| ORDINARY BUSINESS INCOME (LOSS): | | | |
| | | | |
| INCOME: | | | |
| | | | |
| GROSS RECEIPTS OR SALES LESS RETURNS AND ALLOWANCES | 3,960,465. | 5,031,881. | 1,071,416. |
| COST OF GOODS SOLD | 2,771,060. | 2,869,189. | 98,129. |
| GROSS PROFITS | 1,189,405. | 2,162,692. | 973,287. |
| NET GAIN OR LOSS FROM FORM 4797 | 16,330. | 0. | -16,330. |
| OTHER INCOME | 3,168. | 204,654. | 201,486. |
| TOTAL INCOME | 1,208,903. | 2,367,346. | 1,158,443. |
| | | | |
| DEDUCTIONS: | | | |
| | | | |
| COMPENSATION OF OFFICERS | 98,380. | 103,312. | 4,932. |
| SALARIES AND WAGES LESS EMPLOYMENT CREDITS | 551,228. | 821,729. | 270,501. |
| REPAIRS AND MAINTENANCE | 11,290. | 8,329. | -2,961. |
| BAD DEBTS | 50,358. | 0. | -50,358. |
| RENTS | 65,261. | 149,474. | 84,213. |
| TAXES AND LICENSES | 56,987. | 73,774. | 16,787. |
| INTEREST | 46,176. | 198,374. | 152,198. |
| DEPRECIATION | 166,749. | 59,191. | -107,558. |
| ADVERTISING | 36,319. | 66,339. | 30,020. |
| OTHER DEDUCTIONS | 293,312. | 395,196. | 101,884. |
| TOTAL DEDUCTIONS | 1,376,060. | 1,875,718. | 499,658. |
| | | | |
| ORDINARY BUSINESS INCOME (LOSS) | -167,157. | 491,628. | 658,785. |
| | | | |
| S CORPORATION TAXES: | | | |
| | | | |
| PAYMENTS AND CREDITS: | | | |
| | | | |
| BALANCE DUE OR REFUND: | | | |
| | | | |
| SCHEDULE K: | | | |
| | | | |
| INCOME: | | | |
| | | | |
| ORDINARY BUSINESS INCOME (LOSS) | -167,157. | 491,628. | 658,785. |
| | | | |
| DEDUCTIONS: | | | |
| | | | |
| CHARITABLE CONTRIBUTIONS | 3,055. | 2,150. | -905. |
| | | | |
| INVESTMENT INTEREST: | | | |

CLIENT COPY

312841
04-01-23

| Name | Employer Identification Number |
|---|---|
| DLD3 CARTS LLC | **-***1534 |

| Description | Prior Year | Current Year | Increase (Decrease) |
|---|---|---|---|
| CREDITS: | | | |
| | | | |
| AMT ITEMS: | | | |
| | | | |
| OTHER SCHEDULE K ITEMS: | | | |
| | | | |
| NONDEDUCTIBLE EXPENSES | 0. | 15,454. | 15,454. |
| INCOME (LOSS) | -170,212. | 489,478. | 659,690. |
| | | | |
| SCHEDULE M-1: | | | |
| | | | |
| NET INCOME (LOSS) PER BOOKS | -174,218. | 465,527. | 639,745. |
| INCOME INCLUDED ON SCHEDULE K NOT RECORDED ON BOOKS THIS YEAR | 0. | 23,497. | 23,497. |
| TRAVEL & ENTERTAINMENT RECORDED ON BOOKS NOT INCLUDED ON SCHEDULE K | 0. | 3,383. | 3,383. |
| OTHER EXPENSES RECORDED ON BOOKS NOT INCLUDED ON SCHEDULE K | 4,006. | 12,071. | 8,065. |
| TOTAL EXPENSES RECORDED ON BOOKS NOT INCLUDED ON SCHEDULE K | 4,006. | 15,454. | 11,448. |
| TOTAL OF LINES 1 THROUGH 3 | -170,212. | 504,478. | 674,690. |
| OTHER INCOME RECORDED ON BOOKS NOT INCLUDED ON SCHEDULE K | 0. | 15,000. | 15,000. |
| INCOME RECORDED ON BOOKS THIS YEAR NOT INCLUDED ON SCHEDULE K | 0. | 15,000. | 15,000. |
| TOTAL OF LINES 5 AND 6 | 0. | 15,000. | 15,000. |
| INCOME (LOSS) | -170,212. | 489,478. | 659,690. |
| | | | |
| SCHEDULE M-2: | | | |
| | | | |
| ACCUMULATED ADJUSTMENTS ACCOUNT: | | | |
| | | | |
| BALANCE AT BEGINNING OF TAX YEAR | -354,550. | -524,762. | -170,212. |
| ORDINARY INCOME | 0. | 491,628. | 491,628. |
| LOSS FROM PAGE 1, LINE 21 | -167,157. | 0. | 167,157. |
| OTHER REDUCTIONS | 3,055. | 17,604. | 14,549. |
| COMBINE LINES 1 THROUGH 5 | -524,762. | -50,738. | 474,024. |
| BALANCE AT END OF TAX YEAR | -524,762. | -50,738. | 474,024. |

312841
04-01-23

# 2023 TAX RETURN FILING INSTRUCTIONS
### U.S. INCOME TAX RETURN FOR AN S CORPORATION

### FOR THE YEAR ENDING
December 31, 2023

**Prepared For:**

DLD3 Carts LLC
2378 W Apache Trl
Apache Junction, AZ  85120

**Prepared By:**

Eide Bailly LLP
5929 Fashion Point Dr., Ste. 300
Ogden, UT 84403-4684

**To Be Signed and Dated By:**

The appropriate corporate officer(s).

**Amount of Tax:**

| | | |
|---|---|---|
| Total tax | $ | 0 |
| Less: payments and credits | $ | 0 |
| Plus: interest and penalties | $ | 0 |
| No payment required | $ | |

**Overpayment:**

Not applicable

**Make Check Payable To:**

Not applicable

**Mail Tax Return and Check (if applicable) To:**

This return has qualified for electronic filing.  After you have reviewed the return for accuracy, please sign, date and return Form 8879-CORP to our office.  We will transmit your return electronically to the IRS, and no further action is required.

**Return Must be Mailed On or Before:**

Return federal Form 8879-CORP to us by September 16, 2024.

**Special Instructions:**

Enclosed are copies of Schedule K-1 to be distributed to the shareholders.

**E-file Authorization for Corporations**

(December 2022)

For calendar year 2023, or tax year beginning _____ , 2023, ending _____ , 20 _____

Department of the Treasury
Internal Revenue Service

**Do not send to the IRS. Keep for your records.**
**Go to www.irs.gov/Form8879CORP for the latest information.**

OMB No. 1545-0123

| Name of corporation | Employer identification number |
|---|---|
| DLD3 CARTS LLC | **-***1534 |

| Part I | Information (Whole dollars only) | | |
|---|---|---|---|
| 1 | Total income (Form 1120, line 11) | 1 | |
| 2 | Total income (Form 1120-F, Section II, line 11) | 2 | |
| 3 | Total income (loss) (Form 1120-S, line 6) | 3 | 2,367,346. |

**Part II** — **Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return.**

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, they are true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgment of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

[X] I authorize **EIDE BAILLY LLP** to enter my PIN **51017**

ERO firm name — to enter my PIN — do not enter all zeros

as my signature on the corporation's electronically filed income tax return.

[ ] As an officer of the corporation, I will enter my PIN as my signature on the corporation's electronically filed income tax return.

Officer's signature _____ Date _____ Title **MEMBER**

**Part III** — **Certification and Authentication**

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. ████████ **1582**

do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112,** IRS *e-file* Application and Participation, and **Pub. 4163,** Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature **DEREK L. BELL, CPA** Date **05/02/24**

**ERO Must Retain This Form - See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

**For Paperwork Reduction Act Notice, see instructions.**

Form **8879-CORP** (12-2022)

LHA

310211 04-01-23

**Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns**

▶ File a separate application for each return.
▶ Go to www.irs.gov/Form7004 for instructions and the latest information.

OMB No. 1545-0233

| Print or Type | Name | Identifying number |
|---|---|---|
| | DLD3 CARTS LLC | **-***1534 |

Number, street, and room or suite no. (If P.O. box, see instructions.)

2378 W APACHE TRL

City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).)

APACHE JUNCTION, AZ 85120

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

**Part I | Automatic Extension for Certain Business Income Tax, Information, and Other Returns.**  See instructions.

1   Enter the form code for the return listed below that this application is for .......................   **25**

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

**Part II | All Filers Must Complete This Part**

2   If the organization is a foreign corporation that does not have an office or place of business in the United States,
    check here ........................................................................................................................... ▶ ☐

3   If the organization is a corporation and is the common parent of a group that intends to file a consolidated return,
    check here ........................................................................................................................... ▶ ☐
    If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member
    covered by this application.

4   If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here ......... ▶ ☐

5a   The application is for calendar year   2023  , or tax year beginning _____, and ending _____

 b   **Short tax year.** If this tax year is less than 12 months, check the reason:  ☐ Initial return  ☐ Final return
     ☐ Change in accounting period  ☐ Consolidated return to be filed  ☐ Other (See instructions - attach explanation.)

| | | | |
|---|---|---|---|
| 6 | Tentative total tax .......................................................................... | **6** | 0. |
| 7 | **Total** payments and credits. See instructions ........................................... | **7** | 0. |
| 8 | **Balance due.** Subtract line 7 from line 6. See instructions .............................. | **8** | 0. |

LHA   **For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**                 Form **7004** (Rev. 12-2018)

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE CENTER
OGDEN, UT 84201-0045

319741  04-01-23

Form **1120-S**

Department of the Treasury
Internal Revenue Service

# U.S. Income Tax Return for an S Corporation

Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.

Go to www.irs.gov/Form1120S for instructions and the latest information.

OMB No. 1545-0123

**2023**

For calendar year 2023 or tax year beginning _____, ending _____

| | | |
|---|---|---|
| **A** S election effective date<br>01/01/2020 | **Name**<br>DLD3 CARTS LLC | **D** Employer identification number<br>**-***1534 |
| **B** Business activity code number (see instructions)<br>441210 | Number, street, and room or suite no. If a P.O. box, see instructions.<br>2378 W APACHE TRL | **E** Date incorporated<br>07/01/2017 |
| **C** Check if Sch. M-3 attached ☐ | City or town, state or province, country, and ZIP or foreign postal code<br>APACHE JUNCTION, AZ  85120 | **F** Total assets (see instructions)<br>$  1,097,539. |

TYPE OR PRINT

**G** Is the corporation electing to be an S corporation beginning with this tax year?  ☐ Yes  ☒ No

**H** Check if: **(1)** ☐ Final return  **(2)** ☐ Name change  **(3)** ☐ Address change  **(4)** ☐ Amended return  **(5)** ☐ S election termination

**I** Enter the number of shareholders who were shareholders during any part of the tax year ............................................. 3

**J** Check if corporation: **(1)** ☐ Aggregated activities for section 465 at-risk purposes  **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22. See the instructions for more information.

### Income

| | | | | |
|---|---|---|---|---|
| 1 a | Gross receipts or sales | 5,031,881. | **b** Less return and allowances | **c** Balance | 1c | 5,031,881. |
| 2 | Cost of goods sold (attach Form 1125-A) | | | 2 | 2,869,189. |
| 3 | Gross profit. Subtract line 2 from line 1c | | | 3 | 2,162,692. |
| 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | | 4 | |
| 5 | Other income (loss) (attach statement) | STATEMENT 1 | | 5 | 204,654. |
| 6 | **Total income (loss).** Add lines 3 through 5 | | | 6 | 2,367,346. |

### Deductions (See instructions for limitations)

| | | | | |
|---|---|---|---|---|
| 7 | Compensation of officers (see instrs. - attach Form 1125-E) | | 7 | 103,312. |
| 8 | Salaries and wages (less employment credits) | | 8 | 821,729. |
| 9 | Repairs and maintenance | | 9 | 8,329. |
| 10 | Bad debts | | 10 | |
| 11 | Rents | | 11 | 149,474. |
| 12 | Taxes and licenses | STATEMENT 2 | 12 | 73,774. |
| 13 | Interest (see instructions) | | 13 | 198,374. |
| 14 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | 14 | 59,191. |
| 15 | Depletion (**Do not deduct oil and gas depletion.**) | | 15 | |
| 16 | Advertising | | 16 | 66,339. |
| 17 | Pension, profit-sharing, etc., plans | | 17 | |
| 18 | Employee benefit programs | | 18 | |
| 19 | Energy efficient commercial buildings deduction (attach Form 7205) | | 19 | |
| 20 | Other deductions (attach statement) | STATEMENT 3 | 20 | 395,196. |
| 21 | **Total deductions.** Add lines 7 through 20 | | 21 | 1,875,718. |
| 22 | **Ordinary business income (loss).** Subtract line 21 from line 6 | | 22 | 491,628. |

### Tax and Payments

| | | | | |
|---|---|---|---|---|
| 23 a | Excess net passive income or LIFO recapture tax (see instructions) | 23a | | | |
| b | Tax from Schedule D (Form 1120-S) | 23b | | | |
| c | Add lines 23a and 23b | | | 23c | |
| 24 a | Current year's estimated tax payments and preceding year's overpayment credited to the current year | 24a | | | |
| b | Tax deposited with Form 7004 | 24b | | | |
| c | Credit for federal tax paid on fuels (attach Form 4136) | 24c | | | |
| d | Elective payment election amount from Form 3800 | 24d | | | |
| z | Add lines 24a through 24d | | | 24z | |
| 25 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ......... ☐ | | | 25 | |
| 26 | **Amount owed.** If line 24z is smaller than the total of lines 23c and 25, enter amount owed | | | 26 | |
| 27 | **Overpayment.** If line 24z is larger than the total of lines 23c and 25, enter amount overpaid | | | 27 | |
| 28 | Enter amount from line 27: Credited to 2024 estimated tax _____ Refunded | | | 28 | |

## Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer _____  Date _____  Title  **MEMBER**

May the IRS discuss this return with the preparer shown below? See instr.  ☒ Yes  ☐ No

## Paid Preparer Use Only

| | | | | |
|---|---|---|---|---|
| Print/Type preparer's name<br>DEREK L. BELL, CPA | Preparer's signature | Date<br>05/02/24 | Check if self-employed ☐ | PTIN<br>P01074636 |
| Firm's name  EIDE BAILLY LLP | | | Firm's EIN  **-***0958 | |
| Firm's address  5929 FASHION POINT DR., STE. 300<br>OGDEN, UT 84403-4684 | | | Phone no.<br>801-621-1575 | |

LHA  For Paperwork Reduction Act Notice, see separate instructions.

Form **1120-S** (2023)

## Schedule B   Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method:   **a** [X] Cash   **b** [ ] Accrual   **c** [ ] Other (specify) _____ | | |
| 2 | See the instructions and enter the: | | |
| | **a** Business activity   GOLF CART SALES AND RE   **b** Product or service   SALES | | |
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation | | X |
| 4 | At the end of the tax year, did the corporation: | | |
| | **a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if applicable) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| | **b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5a | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | (i) Total shares of restricted stock _____ | | |
| | (ii) Total shares of non-restricted stock _____ | | |
| **b** | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? | | X |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | (i) Total shares of stock outstanding at the end of the tax year _____ | | |
| | (ii) Total shares of stock outstanding if all instruments were executed _____ | | |
| 6 | Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide info. on any reportable transaction? | | X |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount ............. [ ] | | |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 8 | If the corporation **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation, **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years ............. $ _____ | | |
| 9 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 10 | Does the corporation satisfy one or more of the following? See instructions | | X |
| | **a** The corporation owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| | **b** The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $29 million and the corporation has business interest expense. | | |
| | **c** The corporation is a tax shelter and the corporation has business interest expense. | | |
| | If "Yes," complete and attach **Form 8990**, Limitation on Business Interest Expense Under Section 163(j). | | |
| 11 | Does the corporation satisfy **both** of the following conditions? | | X |
| | **a** The corporation's total receipts (see instructions) for the tax year were less than $250,000. | | |
| | **b** The corporation's total assets at the end of the tax year were less than $250,000. | | |
| | If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

## Schedule B  Other Information (see instructions) *(continued)*

| | | Yes | No |
|---|---|---|---|
| **12** During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | | X |
| If "Yes," enter the amount of principal reduction   $ | | | |
| **13** During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | | X |
| **14a** Did the corporation make any payments in 2023 that would require it to file Form(s) 1099? | | X | |
| **b** If "Yes," did or will the corporation file required Form(s) 1099? | | X | |
| **15** Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? | | | X |
| If "Yes," enter the amount from Form 8996 , line 15   $ | | | |
| **16** At any time during the tax year, did the corporation: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? See instructions | | | X |

## Schedule K  Shareholders' Pro Rata Share Items

| | | | | | Total amount |
|---|---|---|---|---|---|
| **Income (Loss)** | **1** Ordinary business income (loss) (page 1, line 22) | | | **1** | 491,628. |
| | **2** Net rental real estate income (loss) (attach Form 8825) | | | **2** | |
| | **3a** Other gross rental income (loss) | **3a** | | | |
| | **b** Expenses from other rental activities (attach statement) | **3b** | | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a | | | **3c** | |
| | **4** Interest income | | | **4** | |
| | **5** Dividends: **a** Ordinary dividends | | | **5a** | |
| | **b** Qualified dividends | **5b** | | | |
| | **6** Royalties | | | **6** | |
| | **7** Net short-term capital gain (loss) (attach Schedule D (Form 1120-S)) | | | **7** | |
| | **8a** Net long-term capital gain (loss) (attach Schedule D (Form 1120-S)) | | | **8a** | |
| | **b** Collectibles (28%) gain (loss) | **8b** | | | |
| | **c** Unrecaptured section 1250 gain (attach statement) | **8c** | | | |
| | **9** Net section 1231 gain (loss) (attach Form 4797) | | | **9** | |
| | **10** Other income (loss) (see instructions) ... Type | | | **10** | |
| **Deductions** | **11** Section 179 deduction (attach Form 4562) | | | **11** | |
| | **12a** Charitable contributions   STATEMENT 4 | | | **12a** | 2,150. |
| | **b** Investment interest expense | | | **12b** | |
| | **c** Section 59(e)(2) expenditures  Type | | | **12c** | |
| | **d** Other deductions (see instructions)  Type | | | **12d** | |
| **Credits** | **13a** Low-income housing credit (section 42(j)(5)) | | | **13a** | |
| | **b** Low-income housing credit (other) | | | **13b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | | **13c** | |
| | **d** Other rental real estate credits (see instructions) Type | | | **13d** | |
| | **e** Other rental credits (see instructions)  Type | | | **13e** | |
| | **f** Biofuel producer credit (attach Form 6478) | | | **13f** | |
| | **g** Other credits (see instructions)  Type | | | **13g** | |
| **Inter-national** | **14** Attach Schedule K-2 (Form 1120-S), Shareholders' Pro Rata Share Items - International, and check this box to indicate you are reporting items of international tax relevance ☐ | | | | |
| **Alternative Minimum Tax (AMT) Items** | **15a** Post-1986 depreciation adjustment | | | **15a** | |
| | **b** Adjusted gain or loss | | | **15b** | |
| | **c** Depletion (other than oil and gas) | | | **15c** | |
| | **d** Oil, gas, and geothermal properties - gross income | | | **15d** | |
| | **e** Oil, gas, and geothermal properties - deductions | | | **15e** | |
| | **f** Other AMT items (attach statement) | | | **15f** | |
| **Items Affecting Shareholder Basis** | **16a** Tax-exempt interest income | | | **16a** | |
| | **b** Other tax-exempt income | | | **16b** | |
| | **c** Nondeductible expenses   STATEMENT 5 | | | **16c** | 15,454. |
| | **d** Distributions (attach statement if required) | | | **16d** | |
| | **e** Repayment of loans from shareholders | | | **16e** | |
| | **f** Foreign taxes paid or accrued | | | **16f** | |

Form **1120-S** (2023)

## Schedule K — Shareholders' Pro Rata Share Items *(continued)*

| Other Information | | Total amount |
|---|---|---|
| **17a** Investment income | **17a** | |
| **b** Investment expenses | **17b** | |
| **c** Dividend distributions paid from accumulated earnings and profits | **17c** | |
| **d** Other items and amounts (att. stmt.)    STATEMENT 6 | | |

| Recon-ciliation | | | |
|---|---|---|---|
| **18 Income (loss) reconciliation**. Combine the total amounts on lines 1 through 10. From the result, subtract the sum of the amounts on lines 11 through 12d and 16f | | **18** | 489,478. |

## Schedule L — Balance Sheets per Books

| | Assets | (a) | (b) Beginning of tax year | (c) | (d) End of tax year |
|---|---|---|---|---|---|
| 1 | Cash | | 84,487. | | 81,205. |
| 2 a | Trade notes and accounts receivable | | | 15,000. | |
| b | Less allowance for bad debts | ( ) | | ( ) | 15,000. |
| 3 | Inventories | | 709,728. | | 476,609. |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (att. stmt.) | STATEMENT 7 | 10,000. | | 324,748. |
| 7 | Loans to shareholders | | 55,761. | | 136,590. |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (att. stmt.) | | | | |
| 10 a | Buildings and other depreciable assets | 423,931. | | 479,191. | |
| b | Less accumulated depreciation | ( 365,794.) | 58,137. | ( 424,985.) | 54,206. |
| 11 a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13 a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (att. stmt.) | STATEMENT 8 | 9,181. | | 9,181. |
| 15 | Total assets | | 927,294. | | 1,097,539. |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (att. stmt.) | STATEMENT 9 | 106,941. | | 98,257. |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | 691,374. | | 859,915. |
| 21 | Other liabilities (att. stmt.) | STATEMENT 10 | 496,279. | | 18,698. |
| 22 | Capital stock | | | | |
| 23 | Additional paid-in capital | | 161,468. | | 183,910. |
| 24 | Retained earnings | STATEMENT 11 | -528,768. | | -63,241. |
| 25 | Adjustments to shareholders' equity (att. stmt.) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 927,294. | | 1,097,539. |

Form **1120-S** (2023)

| **Schedule M-1** | **Reconciliation of Income (Loss) per Books With Income (Loss) per Return** |
|---|---|

**Note:** The corporation may be required to file Schedule M-3. See instructions.

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss) per books | 465,527. | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): STMT 12 | 23,497. | | **a** Tax-exempt interest $ _____ STMT 14    15,000. | 15,000. |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 16f (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 16f, not charged against book income this year (itemize): | | |
| | **a** Depreciation $ _____ | | | **a** Depreciation $ _____ | | |
| | **b** Travel and entertainment $ _____ 3,383. STMT 13    12,071. | 15,454. | 7 | Add lines 5 and 6 | 15,000. |
| 4 | Add lines 1 through 3 | 504,478. | 8 | Income (loss) (Schedule K, line 18). Subtract line 7 from line 4 | 489,478. |

| **Schedule M-2** | **Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account** (see instrs.) |
|---|---|

| | | **(a)** Accumulated adjustments account | **(b)** Shareholders' undistributed taxable income previously taxed | **(c)** Accumulated earnings and profits | **(d)** Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year | –524,762. | | | |
| 2 | Ordinary income from page 1, line 22 | 491,628. | | | |
| 3 | Other additions | | | | |
| 4 | Loss from page 1, line 22 | ( ) | | | |
| 5 | Other reductions    STATEMENT 15 | 17,604. ( ) | | | ( ) |
| 6 | Combine lines 1 through 5 | –50,738. | | | |
| 7 | Distributions | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | –50,738. | | | |

Form **1120-S** (2023)

311732
12-19-23

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.**

▶ **Go to www.irs.gov/Form1125A for the latest information.**

OMB No. 1545-0123

| Name | Employer Identification number |
|---|---|
| DLD3 CARTS LLC | **-***1534 |

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | 709,728. |
| 2 | Purchases | 2 | 2,636,070. |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | 3,345,798. |
| 7 | Inventory at end of year | 7 | 476,609. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 2,869,189. |

**9 a** Check all methods used for valuing closing inventory:

    (i)   [X] Cost

    (ii)   [ ] Lower of cost or market

    (iii)   [ ] Other (Specify method used and attach explanation) ▶ _____

  **b** Check if there was a writedown of subnormal goods      ▶ [ ]

  **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970)    ▶ [ ]

  **d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO    | **9d** | |

  **e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions    [ ] Yes [X] No

  **f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory?    [ ] Yes [X] No

    If "Yes," attach explanation.

For Paperwork Reduction Act Notice, see separate instructions.

Form **1125-A** (Rev. 11-2018)

324441
04-01-23    LHA

Form **1125-E**
(Rev. October 2016)
Department of the Treasury
Internal Revenue Service

# Compensation of Officers

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
▶ Information about Form 1125-E and its separate instructions is at www.irs.gov/form1125e.

OMB No. 1545-0123

Name

DLD3 CARTS LLC

Employer Identification number

**\*\*-\*\*\*1534**

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 DONALD R. COOLEY JR. | \*\*\*-\*\*-3032 | 100% | | | 52,000. |
| DONALD R. COOLEY III | \*\*\*-\*\*-0621 | 100% | | | 51,312. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| **2** Total compensation of officers ........................................................ | **2** | 103,312. |
| **3** Compensation of officers claimed on Form 1125-A or elsewhere on return ............... | **3** | |
| **4** Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return ........................ | **4** | 103,312. |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **1125-E** (Rev. 10-2016)

324451 04-01-23    LHA

CLIENT COPY

**FORM 4562, PART V, LINE 26 - LISTED PROPERTY USED MORE THAN 50% IN A QUALIFIED BUSINESS**

OTHER DEPRECIATION          OTHER

| Description | Date In Service | Bus % | Cost Or Basis | Basis For Depreciation | Life | Method/ Conv | Depreciation Deduction | Elected Section 179 Cost | Business Miles | Commuting Miles | Personal Miles | Total Miles | Personal Use Off-Duty Yes | No | >5% Owner? Yes | No | Another Veh. Avail.? Yes | No |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 CHEVY TRUCK | 01/04/21 | 100.00 | 77,529. | 77,529. | 5.00 | 200DB-HY | 9,800. | | | | | | | | | | | |
| 2017 BMW 3S | 04/05/22 | 100.00 | 33,112. | 13,912. | 5.00 | 200DB-HY | 4,452. | | | | | | | | | | | |
| 2022 CHEVY 2500 | 04/11/22 | 100.00 | 78,846. | | 5.00 | 200DB-HY | | | | | | | | | | | | |
| 2020 BMW740I | 08/30/23 | 100.00 | 52,583. | 32,383. | 5.00 | 200DB-HY | | | | | | | | | | | | |
| TOTAL FORM 4562, LINE 26 | | | | | | | 14,252. | | | | | | | | | | | |

328521 08-07-23

CLIENT COPY

Form **4562**

Department of the Treasury
Internal Revenue Service

# Depreciation and Amortization
## (Including Information on Listed Property)  OTHER

Attach to your tax return.

Go to www.irs.gov/Form4562 for instructions and the latest information.

OMB No. 1545-0172

**2023**

Attachment
Sequence No. **179**

Name(s) shown on return | Business or activity to which this form relates | Identifying number
--- | --- | ---
DLD3 CARTS LLC | OTHER DEPRECIATION | **-***1534

---

**Part I** | Election To Expense Certain Property Under Section 179 **Note:** If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| **1** Maximum amount (see instructions) | **1** | |
| **2** Total cost of section 179 property placed in service (see instructions) | **2** | |
| **3** Threshold cost of section 179 property before reduction in limitation | **3** | |
| **4** Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| **5** Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| **6** | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| | | |
|---|---|---|
| **7** Listed property. Enter the amount from line 29 | **7** | |
| **8** Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | |
| **9** Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | |
| **10** Carryover of disallowed deduction from line 13 of your 2022 Form 4562 | **10** | |
| **11** Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | **11** | |
| **12** Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** | |
| **13** Carryover of disallowed deduction to 2024. Add lines 9 and 10, less line 12 | **13** | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II** | Special Depreciation Allowance and Other Depreciation (Don't include listed property.)

| | | |
|---|---|---|
| **14** Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | **14** | 21,656. |
| **15** Property subject to section 168(f)(1) election | **15** | |
| **16** Other depreciation (including ACRS) | **16** | |

**Part III** | MACRS Depreciation (Don't include listed property. See instructions.)

### Section A

| | | |
|---|---|---|
| **17** MACRS deductions for assets placed in service in tax years beginning before 2023 | **17** | 2,351. |
| **18** If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

### Section B - Assets Placed in Service During 2023 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| **19a** 3-year property | | | | | | |
| **b** 5-year property | | 2,568. | 5 YRS. | HY | 200DB | 514. |
| **c** 7-year property | | 1,115. | 7 YRS. | HY | 200DB | 160. |
| **d** 10-year property | | | | | | |
| **e** 15-year property | | 1,731. | 15 YRS. | HY | SL | 58. |
| **f** 20-year property | | | | | | |
| **g** 25-year property | | | 25 yrs. | | S/L | |
| **h** Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| **i** Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

### Section C - Assets Placed in Service During 2023 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| **20a** Class life | | | | | S/L | |
| **b** 12-year | | | 12 yrs. | | S/L | |
| **c** 30-year | / | | 30 yrs. | MM | S/L | |
| **d** 40-year | / | | 40 yrs. | MM | S/L | |

**Part IV** | Summary (See instructions.)

| | | |
|---|---|---|
| **21** Listed property. Enter amount from line 28 | **21** | 34,452. |
| **22 Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | **22** | 59,191. |
| **23** For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

316251 12-20-23  LHA  **For Paperwork Reduction Act Notice, see separate instructions.**  Form **4562** (2023)

**Part V**  **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles.**)**

24a  Do you have evidence to support the business/investment use claimed?  [X] Yes  [ ] No   24b If "Yes," is the evidence written? [X] Yes  [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | | **25** | 20,200. | |
| 26 Property used more than 50% in a qualified business use: | | | SEE ATTACHED OVERFLOW | | 14,252. | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |

28  Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ... **28** | 34,452.

29  Add amounts in column (i), line 26. Enter here and on line 7, page 1 ................... **29**

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**don't** include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons.

| | | Yes | No |
|---|---|---|---|
| 37 | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 | Do you treat all use of vehicles by employees as personal use? | | |
| 40 | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 | Do you meet the requirements concerning qualified automobile demonstration use? | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

**Part VI**  **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2023 tax year: | | | | | |
| | | | | | |
| | | | | | |

43  Amortization of costs that began before your 2023 tax year .......................... **43**

44  **Total.** Add amounts in column (f). See the instructions for where to report .......... **44**

OTHER DEPRECIATION                                                                 OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | CASA GRANDE STORE SIGN | 09/29/21 | 200DB | 7.00 | HY | 17 | 5,966. | | | | 5,966. | 5,966. | | 0. | 5,966. |
| 2 | CASA GRANDE DESKS | 11/19/21 | 200DB | 7.00 | HY | 17 | 680. | | | | 680. | 680. | | 0. | 680. |
| 3 | CASA GRANDE STORE SIGN 2ND | 12/02/21 | 200DB | 7.00 | HY | 17 | 6,021. | | | | 6,021. | 6,021. | | 0. | 6,021. |
| 4 | LEASEHOLD IMPROVEMENT | 11/02/21 | SL | 15.00 | HY | 17 | 3,000. | | | | 3,000. | 3,000. | | 0. | 3,000. |
| 5 | LEASEHOLD IMPROVEMENT | 11/18/21 | SL | 15.00 | HY | 17 | 5,460. | | | | 5,460. | 5,460. | | 0. | 5,460. |
| 7 | 2019 FORD TRUCK | 12/31/18 | 200DB | 5.00 | HY | 17 | 36,916. | | | | 36,916. | 34,565. | | 2,351. | 36,916. |
| 9 | 2020 CHEVY 2500 | 09/08/20 | 200DB | 5.00 | HY | 17 | 55,208. | | | | 55,208. | 55,208. | | 0. | 55,208. |
| 10 | 2021 CHEVY TRUCK | 01/04/21 | 200DB | 5.00 | HY | 21 | 77,529. | | | | 77,529. | 34,600. | | 9,800. | 44,400. |
| 11 | 2009 ALUMA TRAILER | 12/31/17 | 200DB | 7.00 | HY | 17 | 5,000. | | | | 5,000. | 5,000. | | 0. | 5,000. |
| 12 | 2019 GRAVELY TRAILER | 05/07/19 | 200DB | 7.00 | HY | 17 | 5,278. | | | | 5,278. | 5,278. | | 0. | 5,278. |
| 13 | 2020 GRAVELY TRAILER | 10/27/20 | 200DB | 7.00 | HY | 17 | 5,175. | | | | 5,175. | 5,175. | | 0. | 5,175. |
| 14 | FORKLIFT | 07/29/20 | 200DB | 5.00 | HY | 17 | 6,003. | | | | 6,003. | 6,003. | | 0. | 6,003. |
| 15 | 2017 BMW 3S | 04/05/22 | 200DB | 5.00 | HY | 21 | 33,112. | | | 19,200. | 13,912. | | | 4,452. | 4,452. |
| 16 | 2019 MIRAGE TRAILER | 04/30/19 | 200DB | 7.00 | HY | 17 | 9,800. | | | | 9,800. | 9,800. | | 0. | 9,800. |
| 17 | 2019 CHEVY 2500 ADJ | 01/01/20 | 200DB | 5.00 | HY | 17 | 20,000. | | | | 20,000. | 20,000. | | 0. | 20,000. |
| 18 | 2019 FORD ADJ | 01/01/20 | 200DB | 5.00 | HY | 17 | 23,392. | | | | 23,392. | 23,392. | | 0. | 23,392. |
| 19 | 2022 CHEVY 2500 | 04/11/22 | 200DB | 5.00 | HY | 21 | 78,846. | | | 78,846. | | | | 0. | |
| | LESS EXCLUSION | | | | | | | | | -23,497. | | | | 0. | |

328111 04-01-23

(D) - Asset disposed                                    * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

**2023 DEPRECIATION AND AMORTIZATION REPORT**

OTHER DEPRECIATION                                                          OTHER

| Asset No. | Description | Date Acquired | Method | Life | Conv | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Section 179 Expense | * Reduction In Basis | Basis For Depreciation | Beginning Accumulated Depreciation | Current Sec 179 Expense | Current Year Deduction | Ending Accumulated Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | LEASEHOLD IMPROVEMENT | 08/24/22 | SL | 15.00 | HY | 17 | 15,000. | | | 15,000. | | | | 0. | |
| 21 | WESTERN SIGNS & LIGHTING SIGN | 09/02/22 | 200DB | 7.00 | HY | 17 | 8,048. | | | 8,048. | | | | 0. | |
| 22 | LEASEHOLD IMPROVEMENTS | 05/11/23 | SL | 15.00 | HY | 19B | 4,325. | | | 3,460. | 865. | | | 3,489. | 29. |
| 23 | LEASEHOLD IMPROVEMTNS – APACHE JUN | 05/15/23 | SL | 15.00 | HY | 19B | 4,330. | | | 3,464. | 866. | | | 3,493. | 29. |
| 24 | 2023 FORKLIFT 1OF2 | 07/10/23 | 200DB | 7.00 | HY | 19C | 5,575. | | | 4,460. | 1,115. | | | 4,620. | 160. |
| 25 | 2020 BMW740I | 08/30/23 | 200DB | 5.00 | HY | 21 | 52,583. | | | 20,200. | 32,383. | | | 20,200. | |
| 26 | 2023 FORKLIFT 2OF2 | 10/13/23 | 200DB | 5.00 | HY | 19B | 11,149. | | | 8,919. | 2,230. | | | 9,365. | 446. |
| 28 | EQUIPMENT | 12/31/23 | 200DB | 5.00 | HY | 19B | 1,691. | | | 1,353. | 338. | | | 1,421. | 68. |
| | * TOTAL OTHER DEPRECIATION | | | | | | 480,087. | | | 139,453. | 317,137. | 220,148. | | 59,191. | 237,483. |
| | | | | | | | | | | | | | | | |
| | CURRENT YEAR ACTIVITY | | | | | | | | | | | | | | |
| | BEGINNING BALANCE | | | | | | 400,434. | | 0. | 121,094. | 279,340. | 220,148. | | | 236,751. |
| | ACQUISITIONS | | | | | | 79,653. | | 0. | 41,856. | 37,797. | 0. | | | 732. |
| | DISPOSITIONS/RETIRED | | | | | | 0. | | 0. | 0. | 0. | 0. | | | 0. |
| | ENDING BALANCE | | | | | | 480,087. | | 0. | 162,950. | 317,137. | 220,148. | | | 237,483. |

328111  04-01-23

(D) - Asset disposed                    * ITC, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

**ALTERNATIVE MINIMUM TAX DEPRECIATION REPORT**

| Asset No. | Description | Date Acquired | AMT Method | AMT Life | AMT Cost Or Basis | AMT Accumulated | Regular Depreciation | AMT Depreciation | AMT Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| 7 | 2019 FORD TRUCK | 123118 | 150DB | 5.00 | 36,916. | 34,565. | 2,351. | 2,351. | 0. |
| 10 | 2021 CHEVY TRUCK | 010421 | 150DB | 5.00 | 77,529. | 34,600. | 9,800. | 9,800. | 0. |
| 15 | 2017 BMW 3S | 040522 | 200DB | 5.00 | 33,112. | 0. | 4,452. | 4,452. | 0. |
| 22 | LEASEHOLD IMPROVEMENTS | 051123 | SL | 15.00 | 4,325. | 0. | 3,489. | 3,489. | 0. |
| | LEASEHOLD IMPROVEMTNS – | | | | | | | | |
| 23 | APACHE JUN | 051523 | SL | 15.00 | 4,330. | 0. | 3,493. | 3,493. | 0. |
| 24 | 2023 FORKLIFT 1OF2 | 071023 | 200DB | 7.00 | 5,575. | 0. | 4,620. | 4,620. | 0. |
| 25 | 2020 BMW740I | 083023 | 200DB | 5.00 | 52,583. | 0. | 20,200. | 20,200. | 0. |
| 26 | 2023 FORKLIFT 2OF2 | 101323 | 200DB | 5.00 | 11,149. | 0. | 9,365. | 9,365. | 0. |
| 28 | EQUIPMENT | 123123 | 200DB | 5.00 | 1,691. | 0. | 1,421. | 1,421. | 0. |
| | | | | | | | | | |
| | TOTALS | | | | 227,210. | 69,165. | 59,191. | 59,191. | 0. |

328104
04-01-23

## – NEXT YEAR FEDERAL –   DLD3 CARTS LLC

| Asset No. | Description | Date Acquired | Method | Life | Unadjusted Cost Or Basis | * Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Amount Of Depreciation |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CASA GRANDE STORE SIGN | 092921 | 200DB | 7.00 | 5,966. | | 5,966. | 5,966. | 0. |
| 2 | CASA GRANDE DESKS | 111921 | 200DB | 7.00 | 680. | | 680. | 680. | 0. |
| 3 | CASA GRANDE STORE SIGN 2ND | 120221 | 200DB | 7.00 | 6,021. | | 6,021. | 6,021. | 0. |
| 4 | LEASEHOLD IMPROVEMENT | 110221 | SL | 15.00 | 3,000. | | 3,000. | 3,000. | 0. |
| 5 | LEASEHOLD IMPROVEMENT | 111821 | SL | 15.00 | 5,460. | | 5,460. | 5,460. | 0. |
| 7 | 2019 FORD TRUCK | 123118 | 200DB | 5.00 | 36,916. | | 36,916. | 36,916. | 0. |
| 9 | 2020 CHEVY 2500 | 090820 | 200DB | 5.00 | 55,208. | | 55,208. | 55,208. | 0. |
| 10 | 2021 CHEVY TRUCK | 010421 | 200DB | 5.00 | 77,529. | | 77,529. | 44,400. | 5,860. |
| 11 | 2009 ALUMA TRAILER | 123117 | 200DB | 7.00 | 5,000. | | 5,000. | 5,000. | 0. |
| 12 | 2019 GRAVELY TRAILER | 050719 | 200DB | 7.00 | 5,278. | | 5,278. | 5,278. | 0. |
| 13 | 2020 GRAVELY TRAILER | 102720 | 200DB | 7.00 | 5,175. | | 5,175. | 5,175. | 0. |
| 14 | FORKLIFT | 072920 | 200DB | 5.00 | 6,003. | | 6,003. | 6,003. | 0. |
| 15 | 2017 BMW 3S | 040522 | 200DB | 5.00 | 33,112. | 19,200. | 13,912. | 4,452. | 2,671. |
| 16 | 2019 MIRAGE TRAILER | 043019 | 200DB | 7.00 | 9,800. | | 9,800. | 9,800. | 0. |
| 17 | 2019 CHEVY 2500 ADJ | 010120 | 200DB | 5.00 | 20,000. | | 20,000. | 20,000. | 0. |
| 18 | 2019 FORD ADJ | 010120 | 200DB | 5.00 | 23,392. | | 23,392. | 23,392. | 0. |
| 19 | 2022 CHEVY 2500 | 041122 | 200DB | 5.00 | 78,846. | 78,846. | | | 0. |
| 20 | LEASEHOLD IMPROVEMENT | 082422 | SL | 15.00 | 15,000. | 15,000. | | | 0. |
| 21 | WESTERN SIGNS & LIGHTING SIGN | 090222 | 200DB | 7.00 | 8,048. | 8,048. | | | 0. |
| 22 | LEASEHOLD IMPROVEMENTS | 051123 | SL | 15.00 | 4,325. | 3,460. | 865. | 29. | 58. |
| 23 | LEASEHOLD IMPROVEMTNS - APACHE JUN | 051523 | SL | 15.00 | 4,330. | 3,464. | 866. | 29. | 58. |
| 24 | 2023 FORKLIFT 1OF2 | 071023 | 200DB | 7.00 | 5,575. | 4,460. | 1,115. | 160. | 273. |
| 25 | 2020 BMW740I | 083023 | 200DB | 5.00 | 52,583. | 20,200. | 32,383. | | 12,953. |
| 26 | 2023 FORKLIFT 2OF2 | 101323 | 200DB | 5.00 | 11,149. | 8,919. | 2,230. | 446. | 714. |
| 28 | EQUIPMENT | 123123 | 200DB | 5.00 | 1,691. | 1,353. | 338. | 68. | 108. |
| | * TOTAL OTHER DEPRECIATION | | | | 480,087. | 162950. | 317,137. | 237,483. | 22,695. |

328103  04-01-23

(D) - Asset disposed          * ITC, Section 179, Salvage, HR 3090, Commercial Revitalization Deduction, GO Zone

| FORM 1120S | OTHER INCOME | STATEMENT 1 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| CASH BACK REWARDS | 3,365. |
| OTHER INCOME | 177,792. |
| PP ADJ | 23,497. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 5 | 204,654. |

| FORM 1120S | TAXES AND LICENSES | STATEMENT 2 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| TAXES AND LICENSES | 73,774. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 12 | 73,774. |

| FORM 1120S | OTHER DEDUCTIONS | STATEMENT 3 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| ADMIN. EXPENSES | 48,018. |
| AUTO | 2,241. |
| AUTO EXPENSE | 90,545. |
| BANK FEES | 27,604. |
| COMMISSIONS | 1,900. |
| CONTRACT LABOR | 330. |
| DUES AND SUBSCRIPTIONS | 5,294. |
| EQUIPMENT EXPENSE | 608. |
| INSURANCE | 64,997. |
| MEALS | 3,384. |
| MERCHANT SERVICES | 52,381. |
| PAYROLL EXPENSE | 12,827. |
| PROFESSIONAL SERVICES | 72,175. |
| SECURITY | 5,430. |
| SUPPLIES | 3,780. |
| TRAVEL | 3,682. |
| TOTAL TO FORM 1120S, PAGE 1, LINE 20 | 395,196. |

CLIENT COPY

DLD3 CARTS LLC                                                    **-***1534

---

| SCHEDULE K | CHARITABLE CONTRIBUTIONS | | | STATEMENT 4 |
|---|---|---|---|---|
| DESCRIPTION | NO LIMIT | 50%, 60% OR 100% LIMIT | 30% LIMIT | 20% LIMIT |
| CHARITABLE CONTRIBUTIONS | | 2,150. | | |
| TOTALS TO SCHEDULE K, LINE 12A | | 2,150. | | |

---

| SCHEDULE K | NONDEDUCTIBLE EXPENSES | STATEMENT 5 |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| ENTERTAINMENT | | 12,071. |
| EXCLUDED MEALS EXPENSES | | 3,383. |
| TOTAL TO SCHEDULE K, LINE 16C | | 15,454. |

---

| SCHEDULE K | OTHER ITEMS, LINE 17D | STATEMENT 6 |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| AGGREGATE BUSINESS ACTIVITY GROSS INCOME OR GAIN | | 2,367,346. |
| AGGREGATE BUSINESS ACTIVITY DEDUCTIONS | | 1,875,718. |
| SECTION 199A - ORDINARY INCOME (LOSS) | | 491,628. |
| SECTION 199A - W-2 WAGES | | 925,041. |
| SECTION 199A - UNADJUSTED BASIS OF ASSETS | | 480,087. |

---

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT 7 |
|---|---|---|
| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| OTHER CURRENT ASSETS | | 314,748. |
| TRIAD STOCK | 10,000. | 10,000. |
| TOTAL TO SCHEDULE L, LINE 6 | 10,000. | 324,748. |

CLIENT COPY

| SCHEDULE L | OTHER ASSETS | STATEMENT 8 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| SECURITY DEPOSIT FOR CASA GRANDE | 4,200. | 4,200. |
| SECURITY DEPOSIT FOR CHANDLER/SUNLA | 4,981. | 4,981. |
| TOTAL TO SCHEDULE L, LINE 14 | 9,181. | 9,181. |

| SCHEDULE L | OTHER CURRENT LIABILITIES | STATEMENT 9 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| AMERICAN EXPRESS 1005 | 1,146. | 18,412. |
| BOA CORP ACCT 6690 | 62,188. | 59,149. |
| CAPITALONE SPARK 1698 | 24,339. | 0. |
| CHASE SW 5106 (D3-PERSONAL) | 19,268. | 2,350. |
| OTHER CURRENT LIABILITIES | | 18,346. |
| TOTAL TO SCHEDULE L, LINE 18 | 106,941. | 98,257. |

| SCHEDULE L | OTHER LIABILITIES | STATEMENT 10 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| ALFA ELECTRIC VEHICLES | 226,919. | |
| OTHER LIABILITIES | 269,360. | 18,698. |
| TOTAL TO SCHEDULE L, LINE 21 | 496,279. | 18,698. |

SCHEDULE L          ANALYSIS OF TOTAL RETAINED EARNINGS PER BOOKS          STATEMENT 11

| DESCRIPTION | AMOUNT |
|---|---|
| BALANCE AT BEGINNING OF YEAR | -528,768. |
| NET INCOME PER BOOKS | 465,527. |
| DISTRIBUTIONS | 0. |
| OTHER INCREASES (DECREASES) | |
| BALANCE AT END OF YEAR - SCHEDULE L, LINE 24, COLUMN (D) | -63,241. |

SCHEDULE M-1                    INCOME INCLUDED ON SCHEDULE K                STATEMENT 12
                               NOT RECORDED ON BOOKS THIS YEAR

| DESCRIPTION | AMOUNT |
|---|---|
| PP DEPREC. ADJUSTMENT | 23,497. |
| TOTAL TO SCHEDULE M-1, LINE 2 | 23,497. |

SCHEDULE M-1               EXPENSES RECORDED ON BOOKS THIS YEAR             STATEMENT 13
                              NOT INCLUDED ON SCHEDULE K

| DESCRIPTION | AMOUNT |
|---|---|
| ENTERTAINMENT | 12,071. |
| TOTAL TO SCHEDULE M-1, LINE 3 | 12,071. |

SCHEDULE M-1               INCOME RECORDED ON BOOKS THIS YEAR               STATEMENT 14
                              NOT INCLUDED ON SCHEDULE K

| DESCRIPTION | AMOUNT |
|---|---|
| ATCC - A/R | 15,000. |
| TOTAL TO SCHEDULE M-1, LINE 5 | 15,000. |

SCHEDULE M-2   ACCUMULATED ADJUSTMENTS ACCOUNT- OTHER REDUCTIONS   STATEMENT 15

| DESCRIPTION | AMOUNT |
|---|---|
| CHARITABLE CONTRIBUTIONS | 2,150. |
| NONDEDUCTIBLE EXPENSES | 15,454. |
| TOTAL TO SCHEDULE M-2, LINE 5 - COLUMN (A) | 17,604. |

Section 1.263(a)-1(f) De Minimis Safe Harbor Election

DLD3 Carts LLC
2378 W Apache Trl
Apache Junction, AZ  85120

Employer Identification Number:  **-***1534

For the Year Ending December 31, 2023

DLD3 Carts LLC is making the de minimis safe harbor election under
Reg. Sec. 1.263(a)-1(f).

CLIENT COPY

DONALD R. COOLEY, III

671121

CLIENT COPY

| | | |
|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |

**Schedule K-1**
**(Form 1120-S)**

**2023**

Department of the Treasury
Internal Revenue Service

For calendar year 2023, or tax
year beginning _____
ending _____

**Shareholder's Share of Income, Deductions,
Credits, etc.** See separate instructions.

| Part I | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number
**-***1534

**B** Corporation's name, address, city, state, and ZIP code

DLD3 CARTS LLC
2378 W APACHE TRL
APACHE JUNCTION, AZ  85120

**C** IRS Center where corporation filed return
E-FILE

**D** Corporation's total number of shares
Beginning of tax year ............... 1.00
End of tax year ....................... 1.00

| Part II | Information About the Shareholder |
|---|---|

**E** Shareholder's identifying number
***-**-0621

**F** Shareholder's name, address, city, state, and ZIP code

DONALD R. COOLEY, III
1535 E SHEPPERD AVE
MESA, AZ 85212

**G** Current year allocation percentage 33.333333 %

**H** Shareholder's number of shares
Beginning of tax year _____ 0.33
End of tax year ................... 0.33

**I** Loans from shareholder
Beginning of tax year .......... $ _____
End of tax year ................... $ _____

For IRS Use Only

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) 163,876. | 13 | Credits |
| 2 | Net rental real estate inc (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Schedule K-3 is attached if checked ☐ |
| 6 | Royalties | 15 | Alternative min tax (AMT) items |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured sec 1250 gain | | |
| 9 | Net section 1231 gain (loss) | 16 C* | Items affecting shareholder basis 5,152. |
| 10 | Other income (loss) | | |
| | | 17 V | Other information * STMT |
| 11 | Section 179 deduction | AC | * STMT |
| 12 A | Other deductions 717. | AJ | * STMT |
| 18 | ☐ More than one activity for at-risk purposes* | | |
| 19 | ☐ More than one activity for passive activity purposes* | | |
| | *See attached statement for additional information. | | |

LHA **For Paperwork Reduction Act Notice, see the Instructions for Form 1120-S.**
311271
12-11-23
www.irs.gov/Form1120S
**Schedule K-1 (Form 1120-S) 2023**

SCHEDULE K-1                          FOOTNOTES

NOTE: YOUR INCOME/(LOSS) MAY BE SUBJECT TO NET INVESTMENT
INCOME TAX. PLEASE CONSULT YOUR TAX ADVISOR.

IF YOU HAVE A LOSS, YOUR ABILITY TO DEDUCT YOUR SHARE OF
THE S CORPORATION'S LOSS IS LIMITED TO YOUR BASIS IN THE
S CORPORATION STOCK. TO DEMONSTRATE THAT YOU HAVE ENOUGH
STOCK BASIS IN YOUR S CORPORATION STOCK TO CLAIM A DEDUCTION
FOR YOUR SHARE OF THE S CORPORATION'S LOSSES, YOU MUST
ATTACH A BASIS COMPUTATION TO YOUR SCHEDULE E, FORM 1040.
ACCORDINGLY, YOU SHOULD CONSULT WITH YOUR TAX ADVISOR TO
ENSURE THAT YOUR STOCK BASIS SCHEDULE IS PROPERLY INCLUDED
WITH YOUR PERSONAL FEDERAL INCOME TAX RETURN.

FORM 7203 IS BEING PROVIDED TO ASSIST WITH THE PREPARATION
OF YOUR PERSONAL REPORTING OBLIGATIONS. HOWEVER, YOU WILL
NEED TO MODIFY THE FORM TO ACCOUNT FOR SPECIFIC DETAILS
PERTAINING TO YOUR SITUATION. PLEASE CONSULT YOUR TAX
ADVISOR TO ENSURE PROPER COMPLETION OF THIS FORM.


THE S CORPORATION IS ELIGIBLE FOR THE SCHEDULE K-3 DOMESTIC
FILING EXCEPTION. IN ACCORDANCE WITH THAT EXCEPTION THE
S CORPORATION HEREBY NOTIFIES ITS SHAREHOLDERS THAT THEY
WILL NOT RECEIVE SCHEDULE K-3 FROM THE S CORPORATION UNLESS
THE SHAREHOLDERS REQUEST THE SCHEDULE. PLEASE CONSULT YOUR
TAX ADVISOR.


SCHEDULE K-1          NONDEDUCTIBLE EXPENSES, BOX 16, CODE C

| DESCRIPTION | AMOUNT | SHAREHOLDER FILING INSTRUCTIONS |
|---|---|---|
| ENTERTAINMENT | 4,024. | |
| EXCLUDED MEALS EXPENSES | 1,128. | SEE SHAREHOLDERS INSTRUCTIONS |
| TOTAL | 5,152. | |


SCHEDULE K-1          SECTION 199A ADDITIONAL INFORMATION

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF THE QUALIFIED
BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 17,
UNDER CODE V. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF
QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND
LIMITATIONS THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL
DISCLOSURE STATEMENT.

SCHEDULE K-1                    SECTION 199A ITEMS, BOX 17
                                       CODE V

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS | |
|     ORDINARY INCOME(LOSS) | 163,876. |
|     W-2 WAGES | 308,347. |
|     UNADJUSTED BASIS | 160,029. |

SCHEDULE K-1 GROSS RECEIPTS FOR SECTION 448(C), BOX 17, CODE AC

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS RECEIPTS - CURRENT YEAR | 1,677,294. |

SCHEDULE K-1    EXCESS BUSINESS LOSS LIMITATION, BOX 17, CODE AJ

| DESCRIPTION | AMOUNT | SHAREHOLDER FILING INSTRUCTIONS |
|---|---|---|
| AGGREGATE BUSINESS ACTIVITY GROSS INCOME OR GAIN | 789,115. | SEE IRS SCH. K-1 INSTRUCTIONS |
| AGGREGATE BUSINESS ACTIVITY DEDUCTIONS | 625,239. | SEE IRS SCH. K-1 INSTRUCTIONS |

CLIENT COPY

LAURA COOLEY

671121

□ Final K-1    □ Amended K-1    OMB No. 1545-0123

# Schedule K-1
## (Form 1120-S)

**2023**

Department of the Treasury
Internal Revenue Service

For calendar year 2023, or tax
year beginning _____
ending _____

**Shareholder's Share of Income, Deductions,
Credits, etc.** See separate instructions.

| Part I | Information About the Corporation |
| --- | --- |

**A** Corporation's employer identification number
**-***1534

**B** Corporation's name, address, city, state, and ZIP code

DLD3 CARTS LLC
2378 W APACHE TRL
APACHE JUNCTION, AZ   85120

**C** IRS Center where corporation filed return
E-FILE

**D** Corporation's total number of shares
Beginning of tax year ............... 1.00
End of tax year ..................... 1.00

| Part II | Information About the Shareholder |
| --- | --- |

**E** Shareholder's identifying number
***-**-6458

**F** Shareholder's name, address, city, state, and ZIP code

LAURA COOLEY
10528 E PALLADIUM DR
MESA, AZ 85212

**G** Current year allocation percentage    33.333333 %

**H** Shareholder's number of shares
Beginning of tax year _____ 0.33
End of tax year _____ 0.33

**I** Loans from shareholder
Beginning of tax year ........... $ _____
End of tax year ................. $ _____

For IRS Use Only

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
| --- | --- |

| 1 | Ordinary business income (loss) | 13 | Credits |
| | 163,876. | | |
| 2 | Net rental real estate inc (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Schedule K-3 is attached if checked □ |
| 6 | Royalties | 15 | Alternative min tax (AMT) items |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured sec 1250 gain | | |
| 9 | Net section 1231 gain (loss) | 16 C* | Items affecting shareholder basis 5,150. |
| 10 | Other income (loss) | | |
| | | 17 V | Other information * STMT |
| 11 | Section 179 deduction | AC | * STMT |
| 12 A | Other deductions 716. | AJ | * STMT |
| 18 | □ More than one activity for at-risk purposes* | | |
| 19 | □ More than one activity for passive activity purposes* | | |
| | *See attached statement for additional information. | | |

2

DLD3 CARTS LLC                                                    **-***1534
─────────────────────────────────────────────────────────────────────────
SCHEDULE K-1                          FOOTNOTES
─────────────────────────────────────────────────────────────────────────

NOTE: YOUR INCOME/(LOSS) MAY BE SUBJECT TO NET INVESTMENT
INCOME TAX. PLEASE CONSULT YOUR TAX ADVISOR.

IF YOU HAVE A LOSS, YOUR ABILITY TO DEDUCT YOUR SHARE OF
THE S CORPORATION'S LOSS IS LIMITED TO YOUR BASIS IN THE
S CORPORATION STOCK. TO DEMONSTRATE THAT YOU HAVE ENOUGH
STOCK BASIS IN YOUR S CORPORATION STOCK TO CLAIM A DEDUCTION
FOR YOUR SHARE OF THE S CORPORATION'S LOSSES, YOU MUST
ATTACH A BASIS COMPUTATION TO YOUR SCHEDULE E, FORM 1040.
ACCORDINGLY, YOU SHOULD CONSULT WITH YOUR TAX ADVISOR TO
ENSURE THAT YOUR STOCK BASIS SCHEDULE IS PROPERLY INCLUDED
WITH YOUR PERSONAL FEDERAL INCOME TAX RETURN.

FORM 7203 IS BEING PROVIDED TO ASSIST WITH THE PREPARATION
OF YOUR PERSONAL REPORTING OBLIGATIONS. HOWEVER, YOU WILL
NEED TO MODIFY THE FORM TO ACCOUNT FOR SPECIFIC DETAILS
PERTAINING TO YOUR SITUATION. PLEASE CONSULT YOUR TAX
ADVISOR TO ENSURE PROPER COMPLETION OF THIS FORM.


THE S CORPORATION IS ELIGIBLE FOR THE SCHEDULE K-3 DOMESTIC
FILING EXCEPTION. IN ACCORDANCE WITH THAT EXCEPTION THE
S CORPORATION HEREBY NOTIFIES ITS SHAREHOLDERS THAT THEY
WILL NOT RECEIVE SCHEDULE K-3 FROM THE S CORPORATION UNLESS
THE SHAREHOLDERS REQUEST THE SCHEDULE. PLEASE CONSULT YOUR
TAX ADVISOR.


─────────────────────────────────────────────────────────────────────────
SCHEDULE K-1            NONDEDUCTIBLE EXPENSES, BOX 16, CODE C
─────────────────────────────────────────────────────────────────────────

| DESCRIPTION | AMOUNT | SHAREHOLDER FILING INSTRUCTIONS |
|---|---|---|
| ENTERTAINMENT | 4,023. | |
| EXCLUDED MEALS EXPENSES | 1,127. | SEE SHAREHOLDERS INSTRUCTIONS |
| TOTAL | 5,150. | |


─────────────────────────────────────────────────────────────────────────
SCHEDULE K-1            SECTION 199A ADDITIONAL INFORMATION
─────────────────────────────────────────────────────────────────────────
THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF THE QUALIFIED
BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 17,
UNDER CODE V. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF
QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND
LIMITATIONS THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL
DISCLOSURE STATEMENT.

DLD3 CARTS LLC                                                    **-***1534

SCHEDULE K-1                    SECTION 199A ITEMS, BOX 17
                                        CODE V

DESCRIPTION                                                        AMOUNT

TRADE OR BUSINESS

      ORDINARY INCOME(LOSS)                                      163,876.
      W-2 WAGES                                                  308,347.
      UNADJUSTED BASIS                                           160,029.

SCHEDULE K-1 GROSS RECEIPTS FOR SECTION 448(C), BOX 17, CODE AC

DESCRIPTION                                                       AMOUNT

GROSS RECEIPTS - CURRENT YEAR                                  1,677,293.

SCHEDULE K-1    EXCESS BUSINESS LOSS LIMITATION, BOX 17, CODE AJ

DESCRIPTION                     AMOUNT   SHAREHOLDER FILING INSTRUCTIONS

AGGREGATE BUSINESS ACTIVITY
GROSS INCOME OR GAIN          789,116. SEE IRS SCH. K-1 INSTRUCTIONS
AGGREGATE BUSINESS ACTIVITY
DEDUCTIONS                    625,240. SEE IRS SCH. K-1 INSTRUCTIONS

DONALD R. COOLEY, JR.

671121

**2023**

| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0123 |

Department of the Treasury
Internal Revenue Service

For calendar year 2023, or tax
year beginning _____
ending _____

**Shareholder's Share of Income, Deductions,
Credits, etc.**   See separate instructions.

| Part I | Information About the Corporation |

**A** Corporation's employer identification number
**\*\*-\*\*\*1534**

**B** Corporation's name, address, city, state, and ZIP code

DLD3 CARTS LLC
2378 W APACHE TRL
APACHE JUNCTION, AZ  85120

**C** IRS Center where corporation filed return
E-FILE

**D** Corporation's total number of shares
Beginning of tax year ............... 1.00
End of tax year ......................... 1.00

| Part II | Information About the Shareholder |

**E** Shareholder's identifying number
**\*\*\*-\*\*-3032**

**F** Shareholder's name, address, city, state, and ZIP code

DONALD R. COOLEY, JR.
10528 E PALLADIUM DR
MESA, AZ 85212

**G** Current year allocation percentage ....... 33.333334 %

**H** Shareholder's number of shares
Beginning of tax year ............... 0.33
End of tax year ......................... 0.33

**I** Loans from shareholder
Beginning of tax year ........... $ _____
End of tax year ................... $ _____

For IRS Use Only

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| 1 | Ordinary business income (loss) 163,876. | 13 | Credits |
| 2 | Net rental real estate inc (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Schedule K-3 is attached if checked ☐ |
| 6 | Royalties | 15 | Alternative min tax (AMT) items |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured sec 1250 gain | | |
| 9 | Net section 1231 gain (loss) | 16 C* | Items affecting shareholder basis 5,152. |
| 10 | Other income (loss) | | |
| | | 17 V | Other information * STMT |
| 11 | Section 179 deduction | AC | * STMT |
| 12 A | Other deductions 717. | AJ | * STMT |
| 18 | ☐ More than one activity for at-risk purposes* | | |
| 19 | ☐ More than one activity for passive activity purposes* | | |
| | *See attached statement for additional information. | | |

3

SCHEDULE K-1                          FOOTNOTES

NOTE: YOUR INCOME/(LOSS) MAY BE SUBJECT TO NET INVESTMENT
INCOME TAX. PLEASE CONSULT YOUR TAX ADVISOR.

IF YOU HAVE A LOSS, YOUR ABILITY TO DEDUCT YOUR SHARE OF
THE S CORPORATION'S LOSS IS LIMITED TO YOUR BASIS IN THE
S CORPORATION STOCK. TO DEMONSTRATE THAT YOU HAVE ENOUGH
STOCK BASIS IN YOUR S CORPORATION STOCK TO CLAIM A DEDUCTION
FOR YOUR SHARE OF THE S CORPORATION'S LOSSES, YOU MUST
ATTACH A BASIS COMPUTATION TO YOUR SCHEDULE E, FORM 1040.
ACCORDINGLY, YOU SHOULD CONSULT WITH YOUR TAX ADVISOR TO
ENSURE THAT YOUR STOCK BASIS SCHEDULE IS PROPERLY INCLUDED
WITH YOUR PERSONAL FEDERAL INCOME TAX RETURN.

FORM 7203 IS BEING PROVIDED TO ASSIST WITH THE PREPARATION
OF YOUR PERSONAL REPORTING OBLIGATIONS. HOWEVER, YOU WILL
NEED TO MODIFY THE FORM TO ACCOUNT FOR SPECIFIC DETAILS
PERTAINING TO YOUR SITUATION. PLEASE CONSULT YOUR TAX
ADVISOR TO ENSURE PROPER COMPLETION OF THIS FORM.


THE S CORPORATION IS ELIGIBLE FOR THE SCHEDULE K-3 DOMESTIC
FILING EXCEPTION. IN ACCORDANCE WITH THAT EXCEPTION THE
S CORPORATION HEREBY NOTIFIES ITS SHAREHOLDERS THAT THEY
WILL NOT RECEIVE SCHEDULE K-3 FROM THE S CORPORATION UNLESS
THE SHAREHOLDERS REQUEST THE SCHEDULE. PLEASE CONSULT YOUR
TAX ADVISOR.


SCHEDULE K-1          NONDEDUCTIBLE EXPENSES, BOX 16, CODE C

| DESCRIPTION | AMOUNT | SHAREHOLDER FILING INSTRUCTIONS |
|---|---|---|
| ENTERTAINMENT | 4,024. | |
| EXCLUDED MEALS EXPENSES | 1,128. | SEE SHAREHOLDERS INSTRUCTIONS |
| TOTAL | 5,152. | |


SCHEDULE K-1          SECTION 199A ADDITIONAL INFORMATION

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF THE QUALIFIED
BUSINESS INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 17,
UNDER CODE V. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF
QUALIFIED BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND
LIMITATIONS THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL
DISCLOSURE STATEMENT.

```
DLD3 CARTS LLC                                          **-***1534
```

SCHEDULE K-1                SECTION 199A ITEMS, BOX 17
                                    CODE V

| DESCRIPTION | AMOUNT |
|---|---|
| TRADE OR BUSINESS | |
|    ORDINARY INCOME(LOSS) | 163,876. |
|    W-2 WAGES | 308,347. |
|    UNADJUSTED BASIS | 160,029. |

SCHEDULE K-1 GROSS RECEIPTS FOR SECTION 448(C), BOX 17, CODE AC

| DESCRIPTION | AMOUNT |
|---|---|
| GROSS RECEIPTS - CURRENT YEAR | 1,677,294. |

SCHEDULE K-1    EXCESS BUSINESS LOSS LIMITATION, BOX 17, CODE AJ

| DESCRIPTION | AMOUNT | SHAREHOLDER FILING INSTRUCTIONS |
|---|---|---|
| AGGREGATE BUSINESS ACTIVITY GROSS INCOME OR GAIN | 789,115. | SEE IRS SCH. K-1 INSTRUCTIONS |
| AGGREGATE BUSINESS ACTIVITY DEDUCTIONS | 625,239. | SEE IRS SCH. K-1 INSTRUCTIONS |

CLIENT COPY

# TAX RETURN FILING INSTRUCTIONS
## ARIZONA FORM 120S

**FOR THE YEAR ENDING**
December 31, 2023

**Prepared For:**

DLD3 Carts LLC
2378 W Apache Trl
Apache Junction, AZ 85120

**Prepared By:**

Eide Bailly LLP
5929 Fashion Point Dr., Ste. 300
Ogden, UT 84403-4684

**To be Signed and dated by:**

The appropriate corporate officer(s).

**Amount of Tax:**

| | |
|---|---|
| Total tax | $ 0 |
| Less: payments and credits | $ 0 |
| Plus: other amount | $ 0 |
| Plus: interest and penalties | $ 0 |
| No payment required | $ |

**Overpayment:**

Not applicable

**Make Check Payable To:**

Not applicable

**Mail Tax Return To:**

This return has qualified for electronic filing. After you have reviewed your return for accuracy, please sign, date and return AZ-8879-S to our office. We will then transmit your return to the ADOR. Do not mail the paper copy.

**Return Must Be Mailed On or Before:**

Return AZ-8879-S to us by September 16, 2024.

**Special Instructions:**

Enclosed are copies of Schedule K-1 to be distributed to the shareholders.

CLIENT COPY

| Arizona Form | | |
|---|---|---|
| **AZ-8879-S** | **E-file Signature Authorization - S corporation** | **2023** |

**Do not mail this form to the Arizona Department of Revenue.** *The ERO must retain this document a minimum of four years.*

| Name of S corporation | Employer Identification Number (required) |
|---|---|
| DLD3 CARTS LLC | **\*\*-\*\*\*1534** |

Name and Title of Officer
DONALD COOLEY JR, MEMBER

## PART 1 - PURPOSE

- To certify the truthfulness, correctness, and completeness of the S corporation's Arizona electronic income tax return.
- To authorize the Electronic Return Originator (ERO) to affirm that the S corporation wishes to use the officer's electronic signature to the S corporation's federal income tax return as the S corporation's signature to the Arizona electronic income tax return filed by the S corporation.

## PART 2 - TAX RETURN INFORMATION FROM ARIZONA RETURN

**1 Total Distributive Income (Loss)**
   from Form 120S, line 1 ................... **489,478** 00

**2 Total Income Attributable to AZ**
   from Form 120S, line 10 ................... 00

*Check box 3 or box 4:*

**3** ☐ **REFUND:** *Enter the amount to be refunded*
   from Form 120S, line 36 ................... 00

**4** ☐ **AMOUNT OWED**: *Enter the total due*
   from Form 120S, line 33 ................... 00

**Box 3 Checkbox - Refund:** The S corporation is due a refund based on the information provided on its income tax return. If the S corporation is due a refund, we will send a check.

**Box 4 Checkbox - Amount Owed:** The S corporation owes taxes interest or penalties based on the information provided on its income tax return. The S corporation has elected to direct debit for payment. The payment will be withdrawn from the account on the date listed in the Financial Institution Information Section (Part 3).

## PART 3 - FINANCIAL INSTITUTION INFORMATION

Must be present when requesting direct debit.

TYPE OF ACCOUNT
☐ Checking     ☐ Savings

ACCOUNT NUMBER _____     ROUTING NUMBER _____

DIRECT DEBIT REQUEST DATE _____     DIRECT DEBIT PAYMENT AMOUNT $ _____ .00

☐ Foreign Account: See instructions below.

**Foreign Account Checkbox:** Check the "Foreign Account" box if the S corporation's debit will ultimately come from a foreign account. If you check this box, do not enter the S corporation's bank account information, we will not direct debit the account. If the S corporation owes taxes, interest or penalties and is required to pay by EFT, submit payment by ACH Debit or Credit to avoid penalty. If the S corporation owes taxes, interest or penalties and is NOT required to pay by EFT, it may submit payment by ACH Debit, ACH Credit or complete Form 120/165V, mail it with a check to the Arizona Department of Revenue, PO Box 29085, Phoenix, AZ 85038-9085.

## PART 4 - DECLARATION AND SIGNATURE AUTHORIZATION *(Sign only after completing Part 2)*

Under penalties of perjury, I declare that I am an officer of the above S corporation and that I have examined a copy of the S corporation's electronic Arizona S corporation income tax return and accompanying schedules and statements for the 2023 tax year. To the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts of Total Distributive Income (Loss) and Total Income Attributable to Arizona listed above are the amounts shown on the copy of the S corporation's electronic Arizona S corporation income tax return.

If I have filed a balance due return, I understand that if the ADOR does not receive full and timely payment of the tax liability by the original due date of the income tax return, the corporation will remain liable for the tax liability and all applicable interest and penalties. When electronically filing the S corporation's federal and state tax returns, I understand that if there is an error on the federal return, the state return will also be rejected.

I consent to the S corporation's Electronic Return Originator (ERO) or On-Line Service Provider (OLSP) sending an electronic Arizona income tax return and accompanying schedules and statements to the Arizona Department of Revenue (ADOR), and I consent to my ERO or OLSP sending such information to ADOR through a transmitter. I consent to ADOR sending the S corporation's ERO, OLSP and/or transmitter an acknowledgement of receipt of transmission and an indication of whether or not the transmission of the return is accepted and, if the

return is rejected, the reason(s) for the rejection. If the processing of the return or refund is delayed, I authorize ADOR to disclose to the S corporation's ERO, OLSP and/or transmitter the reason(s) for the delay. If ADOR contacts the S corporation's ERO for a copy of the return, any accompanying documents or schedules to the return, and/or this authorization form, I authorize the S corporation's ERO to release copies of the requested documents to ADOR.

DEREK L. BELL, CPA

I authorize _____
(ELECTRONIC RETURN ORIGINATOR)

to make the election that I want the officer's electronic signature to the S corporation's federal electronic income tax return to serve as the officer's signature to the S corporation's Arizona electronic S corporation income tax return for the 2023 tax year. I understand that when the S corporation's ERO makes the election that the officer's electronic signature to the S corporation's federal income tax return will serve as the officer's signature to the S corporation's Arizona S corporation income tax return, I will have signed the S corporation's Arizona income tax return and declared under penalties of perjury that to the best of my knowledge and belief the return is true, correct and complete.

**PLEASE SIGN**

► _____     _____
SIGNATURE of OFFICER                DATE

ADOR 11363 (23)     337631  10-23-23

**Application for Automatic Extension of Time To File Certain Business Income Tax, Information, and Other Returns**

▶ File a separate application for each return.
▶ Go to www.irs.gov/Form7004 for instructions and the latest information.

OMB No. 1545-0233

| | |
|---|---|
| **Print or Type** | Name |
| | DLD3 CARTS LLC |

Identifying number: **-***1534

Number, street, and room or suite no. (If P.O. box, see instructions.)
2378 W APACHE TRL

City, town, state, and ZIP code (If a foreign address, enter city, province or state, and country (follow the country's practice for entering postal code).)
APACHE JUNCTION, AZ 85120

**Note:** File request for extension by the due date of the return. See instructions before completing this form.

**Part I** | **Automatic Extension for Certain Business Income Tax, Information, and Other Returns.** See instructions.

1 Enter the form code for the return listed below that this application is for .......... | **25**

| Application Is For: | Form Code | Application Is For: | Form Code |
|---|---|---|---|
| Form 706-GS(D) | 01 | Form 1120-ND (section 4951 taxes) | 20 |
| Form 706-GS(T) | 02 | Form 1120-PC | 21 |
| Form 1041 (bankruptcy estate only) | 03 | Form 1120-POL | 22 |
| Form 1041 (estate other than a bankruptcy estate) | 04 | Form 1120-REIT | 23 |
| Form 1041 (trust) | 05 | Form 1120-RIC | 24 |
| Form 1041-N | 06 | Form 1120S | 25 |
| Form 1041-QFT | 07 | Form 1120-SF | 26 |
| Form 1042 | 08 | Form 3520-A | 27 |
| Form 1065 | 09 | Form 8612 | 28 |
| Form 1066 | 11 | Form 8613 | 29 |
| Form 1120 | 12 | Form 8725 | 30 |
| Form 1120-C | 34 | Form 8804 | 31 |
| Form 1120-F | 15 | Form 8831 | 32 |
| Form 1120-FSC | 16 | Form 8876 | 33 |
| Form 1120-H | 17 | Form 8924 | 35 |
| Form 1120-L | 18 | Form 8928 | 36 |
| Form 1120-ND | 19 | | |

**Part II** | **All Filers Must Complete This Part**

2 If the organization is a foreign corporation that does not have an office or place of business in the United States,
check here ................................................................................................................. ▶ ☐

3 If the organization is a corporation and is the common parent of a group that intends to file a consolidated return,
check here ................................................................................................................. ▶ ☐

If checked, attach a statement listing the name, address, and employer identification number (EIN) for each member covered by this application.

4 If the organization is a corporation or partnership that qualifies under Regulations section 1.6081-5, check here ▶ ☐

5a The application is for calendar year 2023 , or tax year beginning _____ , and ending _____

b **Short tax year.** If this tax year is less than 12 months, check the reason: ☐ Initial return ☐ Final return
☐ Change in accounting period ☐ Consolidated return to be filed ☐ Other (See instructions - attach explanation.)

| | | | |
|---|---|---|---|
| 6 | Tentative total tax ................................................... | **6** | 0. |
| 7 | **Total** payments and credits. See instructions ................... | **7** | 0. |
| 8 | **Balance due.** Subtract line 7 from line 6. See instructions ....... | **8** | 0. |

LHA **For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.** Form **7004** (Rev. 12-2018)

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE CENTER
OGDEN, UT 84201-0045

319741 04-01-23

# Arizona S Corporation Income Tax Return

**2023**

For the [X] calendar year 2023 or ☐ fiscal year beginning _____ and ending _____ .

☐ Check this box if this return is based on a 52/53 week taxable year.

| | |
|---|---|
| Business Telephone Number (with area code) **480-476-5609** | Name **DLD3 CARTS LLC** |
| | Address - number and street or PO Box **2378 W APACHE TRL** |
| Business Activity Code (from federal Form 1120-S) **441210** | City, Town or Post Office **APACHE JUNCTION** State **AZ** ZIP Code **85120** |

**CHECK ONE:** [X] Original ☐ Amended

Employer Identification Number (EIN) **\*\*-\*\*\*1534**

**68** Check box if: A ☐ First return  B ☐ Name change  C ☐ Address change

Check box if return is filed under extension: **82** **82F** [X]

**A** Did the **S Corporation** make the **Pass-Through Entity (PTE)** election to pay tax on its flow-through income at the entity level? (See Instructions) ............... ☐ Yes [X] No

**88**

REVENUE USE ONLY. DO NOT MARK IN THIS AREA.

**B** Does the S corporation conduct business within and without Arizona? ........ ☐ Yes [X] No

**C** ARIZONA apportionment for **Multistate S Corporations only** (check one box): 1 ☐ AIR CARRIER  2 ☐ STANDARD  3 ☐ SALES FACTOR ONLY

**D** Check if Multistate Service Provider Election and Computation (Arizona Schedule MSP) is included. Indicate the year of the election cycle: ☐ Yr 1 ☐ Yr 2 ☐ Yr 3 ☐ Yr 4 ☐ Yr 5

**E** Is this the S corporation's final Arizona return under this EIN? ........ ☐ Yes [X] No
If "Yes", check one: 1 ☐ Dissolved 2 ☐ Withdrawn 3 ☐ Merged/Reorganized
List EIN of the successor corporation, if any ▶

**81** PM

**66** RCVD

**F** Will a composite return be filed on Form 140NR? See Instructions .......... ☐ Yes [X] No

**G** *Marijuana Establishments only:* 1 ☐ Adult Use only 2 ☐ Dual Lic. elected for-profit 3 ☐ Dual Lic.did not elect for-profit. 4 ☐ NMMD only

**H** ADHS Registry Identification Number ▶

---

## Part 1 Calculation of S Corporation Tax Due/Overpayment:

| | | | |
|---|---|---:|---|
| 1 | TOTAL DISTRIBUTIVE INCOME (LOSS) from federal Form 1120-S, Schedule K | **1** | 489,478 00 |

If the S Corporation has income subject to tax at the federal level (e.g. excess net passive income or capital gains/built-in gains), complete lines 2-36. If the S Corporation only has a tax liability from the recapture of Arizona tax credits, complete lines 13-36.

| | | | | |
|---|---|---|---:|---|
| 2 | Excess net passive income | **2** | | 00 |
| 3 | Capital gains/built-in gains | **3** | | 00 |
| 4 | Total federal income subject to corporate income tax: Add lines 2 and 3. Enter the total | **4** | | 00 |
| | *100% AZ S Corporations* check box 4a [X] . Go to line 11. **Multistate S Corporations**, continue to line 5 | | | |
| 5 | Nonapportionable or allocable income: Include schedule. **Multistate S Corporations only** | **5** | | 00 |
| 6 | Apportionable income: Subtract line 5 from line 4. Enter the difference. **Multistate S Corporations only** | **6** | | 00 |
| 7 | Arizona apportionment ratio from Schedule A or Schedule ACA | **7** ☐☐☐ • ☐☐☐☐☐☐ | | |
| 8 | Income apportioned to Arizona: Line 6 multiplied by line 7. **Multistate S Corporations only** | **8** | | 00 |
| 9 | Other income allocated to Arizona: Include schedule. **Multistate S Corporations only** | **9** | | 00 |
| 10 | Total income attributable to Arizona: Add lines 8 and 9. Enter the total | **10** | | 00 |
| 11 | Net income subject to Arizona corporate income tax: | | | |
| | *100% Arizona S Corporations:* Enter amount from line 4. **Multistate S Corporations:** Enter the amount from line 10 | **11** | | 00 |
| 12 | Enter tax: **See instructions before completing this line.** | **12** | 0 | 00 |
| 13 | Tax from recapture of tax credits from Arizona Form 300, Part 2, line 23 | **13** | | 00 |
| 14 | Subtotal: Add lines 12 and 13. Enter the total | **14** | | 00 |
| 15 | Nonrefundable tax credits from Arizona Form 300, Part 2, line 42 | **15** | | 00 |
| 16 | Enter form number for each nonrefundable credit claimed: 16 1 ☐ 3 \| 16 2 ☐ 3 \| 16 3 ☐ 3 \| 16 4 ☐ 3 | | | |
| 17 | **Tax liability:** Subtract line 15 from line 14. Enter the difference | **17** | 0 | 00 |
| 18 | PTE Tax Liability: Enter the amount from Part 2, line 52 | **18** | 0 | 00 |
| 19 | **Total Tax Liability:** Add line 17 and 18. Enter the total. **This is the total amount of tax owed by the S Corporation** | **19** | 0 | 00 |
| 20 | Refundable tax credits: Check box(es); enter amount: 201 ☐ 308 202 ☐ 334 203 ☐ 349 | **20** | | 00 |
| 21 | Extension payment made with Form 120/165EXT or online: See instructions | **21** | | 00 |
| 22 | Estimated tax payments: See instructions | **22** | | 00 |
| 23 | Amended Returns: Payments made with original return plus all payments made after it was filed | **23** | | 00 |
| 24 | Subtotal of tax payments: Add lines 20 through 23. Enter the total | **24** | 0 | 00 |
| 25 | Overpayments of tax from original return or later adjustments | **25** | | 00 |
| 26 | Total tax payments. Subtract line 25 from 24. Enter the difference | **26** | | 00 |

Continued on page 2 ➡

CLEAN COPY

Part 1: Continued from page 1.

| | | | | |
|---|---|---|---|---|
| 27 | Total tax payments from line 26 | 27 | 0 | 00 |
| 28 | Balance of tax due: If line 19 is larger than line 27, subtract line 27 from line 19. Enter the difference. Skip line 29 | 28 | 0 | 00 |
| 29 | Overpayment of tax: If line 27 is larger than line 19, subtract line 19 from line 27. Enter the difference | 29 | 0 | 00 |
| 30 | Penalty and interest | 30 | | 00 |
| 31 | Estimated tax underpayment penalty. **If Form 220/PTE is included, check box** 31A☐ | 31 | | 00 |
| 32 | Information return penalty: See instructions | 32 | | 00 |
| 33 | **TOTAL DUE:** See instructions | 33 | 0 | 00 |
| 34 | **OVERPAYMENT:** See instructions | 34 | 0 | 00 |
| 35 | Amount of line 34 to be applied to 2024 estimated tax | 35 | | 00 |
| 36 | Amount to be refunded: Subtract line 35 from line 34. Enter the difference | 36 | | 00 |

## Part 2 - Calculation of S Corporation Tax to be Paid at the Entity Level:

*Complete only if the S Corporation answered "Yes" to Question A on page 1.*

*Calculation of the income attributable to shareholders:*

| | | | | |
|---|---|---|---|---|
| 37 | Enter the amount from line 1. | 37 | | 00 |
| 38 | Add lines C1 and C4 in column (c) of Schedule C. Enter the total. This is the total of the ownership shares for all resident individual shareholders and all resident estate and trust shareholders that did not opt out of the S Corporation's election to pay tax at the entity level on its pass-through income. (See Instructions) | 38 | | |
| 39 | Multiply line 37 by line 38. Enter the result. **This is the S Corporation income attributable to resident individual shareholders and resident trust and estate shareholders that did not opt out of the S Corporation's election to pay tax at the entity level on its pass through income.** | 39 | | 00 |
| 40 | Add lines C2 and C5 in column (c) of Schedule C. Enter the total. This is the total of the ownership shares for all nonresident shareholders and all nonresident estate and trust shareholders that did not opt out of the S Corporation's election to pay tax at the entity level on its pass-through income. (See Instructions) | 40 | | |
| 41 | Multiply line 37 by line 40. Enter the result. **This is the S Corporation income attributable to nonresident shareholders and nonresident trust and estate shareholders that did not opt out of the S Corporation's election to pay tax at the entity level on its pass-through income.** | 41 | | 00 |
| 42 | Enter the ownership share from line C3, column (c) of Schedule C. This is the total of the ownership shares for all part-year resident shareholders that did not opt out of the S Corporation's election to pay tax at the entity level on its pass-through income.. (See Instructions) | 42 | | |
| 43 | Multiply line 37 by line 42. Enter the result. **This is the S Corporation income attributable to part-year resident shareholders that did not opt out of the S Corporation's election to pay tax on its pass-through income at the entity level.** | 43 | | 00 |
| | **43A Enter the portion of line 43 that all part-year residents earned while residents of Arizona.** | 43A | | 00 |
| | **43B Enter the portion of line 43 that all part-year residents earned while nonresidents of Arizona** | 43B | | 00 |
| | NOTE: the total of lines 43A and 43B must equal the amount reported on line 43. | | | |
| 44 | Enter the ownership share from line C7, column (c) of Schedule C. This is the total of the ownership shares for all shareholders that opted out of the S Corporation's election to pay tax at the entity level on its pass-through income and all shareholders that are not eligible to make the election. (See Instructions) | 44 | | |
| 45 | Multiply line 37 by line 44. Enter the result. **This is the S Corporation income attributable to shareholders that opted out of the S Corporation's election to pay tax at the entity level on its pass-through income and to shareholders that are not eligible to make the election.** | 45 | | 00 |
| | *NOTE:* The total of lines 39, 41, 43, and 45 must equal the amount on line 37. | | | |

## Part 2 - Calculation of S Corporation Tax to be Paid at the Entity Level (continued):

*Complete only if the S Corporation answered "Yes" to Question A on page 1.*

*Calculation of the tax attributable to shareholders that did not opt out of the PTE election:*

| | | | |
|---|---|---|---|
| 46 | Add line 39 and line 43A. Enter the total. If less than zero, enter "0" | 46 | 00 |
| 47 | Multiply the amount on line 46 by the PTE tax rate, 2.5% (0.0250) Enter the result. **This is the amount of the tax attributable to resident shareholders and to part-year resident shareholders (during the period of residency) that did not opt out of the S Corporation election to pay tax at the entity level** | 47 | 00 |
| 48 | Add line 41 and line 43B. Enter the total. If less than zero, enter "0" | 48 | 00 |
| 49 | Enter the Arizona apportionment ratio from Schedule A or Schedule ACA ..... 49 | | |
| 50 | Multiply the amount on line 48 by line 49. Enter the result. | 50 | 00 |
| 51 | Multiply the amount on line 50 by the PTE tax rate, 2.5% (0.0250). Enter the result. **This is the amount of the tax attributable to nonresident shareholders and to part-year resident shareholders (during the period of nonresidency) that did not opt out of the S Corporation to pay tax at the entity level** | 51 | 00 |
| 52 | Add line 47 and line 51. Enter the total here and on line 18. **This is the PTE Tax owed by the S Corporation** | 52 | 00 |

## SCHEDULE A  Apportionment Formula (Multistate S Corporations Only)

**IMPORTANT:** Qualifying air carriers must use Arizona Schedule ACA. Qualifying Multistate Service Providers must include Arizona Schedule MSP. If the *"SALES FACTOR ONLY"* box on page 1, line C, is checked, *complete only Section A3, Sales Factor, lines a through f.* See instructions.

| | | COLUMN A<br>Total Within Arizona<br>Round to nearest dollar | COLUMN B<br>Total Everywhere<br>Round to nearest dollar. | COLUMN C<br>Ratio Within Arizona<br>A ÷ B |
|---|---|---|---|---|
| **A1** | **Property Factor - STANDARD APPORTIONMENT ONLY** | | | |
| | Value of real and tangible personal property (by averaging the value of owned property at the beginning and end of the tax period; rented property at capitalized value). | | | |
| a | Owned Property (at original cost): | | | |
| | 1 Inventories | | | |
| | 2 Depreciable assets (do not include construction in progress) | | | |
| | 3 Land | | | |
| | 4 Other assets (describe): | | | |
| | 5 Less: Nonbusiness property (if included in above totals) | | | |
| | 6 Total of section a (the sum of lines 1 through 4 less line 5) | | | |
| b | Rented property (capitalize at 8 times net rent paid) | | | |
| c | Total owned and rented property (Total of section a plus section b) | | | |
| **A2** | **Payroll Factor - STANDARD APPORTIONMENT ONLY** | | | |
| | Total wages, salaries, commissions and other compensation to employees (per federal Form 1120S, or payroll reports) | | | |
| **A3** | **Sales Factor** | | | |
| a | Sales delivered or shipped to Arizona purchasers | | | |
| b | Sales from services or from designated intangibles for **qualifying Multistate Service Providers only** (see instructions; include Schedule MSP) | | | |
| c | Other gross receipts | | | |
| d | Total sales and other gross receipts (the sum of lines a through c). | | | |
| e | Weight AZ sales: (STANDARD x 2; SALES FACTOR ONLY x 1) | x 2      OR      x 1 | | |
| f | Sales Factor Only (for Column A, multiply line d by line e; for Column B, enter the amount from line d; for Column C, divide Column A by Column B.) Skip line A4 and line A5. **STANDARD Apportionment,** continue to A4. **SALES FACTOR ONLY Apportionment,** enter the amount from Column C on page 1, line 7. If the PTE election is made, also enter this result on Part 2, line 49 | | | |
| **A4** | **STANDARD Apportionment Total Ratio:** Add Column C of lines A1c, A2, and A3f. Enter the total | | | |
| **A5** | **Average Apportionment Ratio for STANDARD Apportionment:** Divide line A4, Column C, by four (4). Enter the result on page 1, line 7. If the PTE election is made, also enter this result on Part 2, line 49. (If one of the factors is "0" in both Column A and Column B, see instructions.) | | | |

## SCHEDULE B  Shareholder Information

Complete Schedule B for all shareholders of the S corporation. If the S corporation has more than 10 shareholders, include additional schedules as necessary.

| | (a)<br>Shareholder Name<br><br>(c)<br>City, State ZIP | (b)<br>Street Address | (d)<br>Shareholder<br>Tax<br>Identification<br>Number | (e)<br>Resident (R)<br>Nonresident (N)<br>Part-Yr Res (P)<br>Estate/Trust (E)<br>Other Entity (O) | (f)<br>Shareholder's<br>Ownership<br>Percentage | (g)<br>Distributive<br>Share of Income<br>Page 1, Line 1 |
|---|---|---|---|---|---|---|
| B1 | SEE STATEMENT 1 | | | | | |
| B2 | | | | | | |
| B3 | | | | | | |
| B4 | | | | | | |
| B5 | | | | | | |
| B6 | | | | | | |
| B7 | | | | | | |
| B8 | | | | | | |
| B9 | | | | | | |
| B10 | | | | | | |

**Include additional sheets as necessary**

## SCHEDULE C  Summary of Shareholder Information - See Instructions

| | (a)<br>Shareholder Consent to PTE Election | (b)<br>Shareholder<br>Count | (c)<br>Shareholder<br>Ownership Share |
|---|---|---|---|
| C1 | Individual resident shareholders who did not opt out of the election ............................. | | |
| C2 | Individual nonresident shareholders who did not opt out of the election ............................. | | |
| C3 | Individual part-year resident shareholders who did not opt out of the election ................. | | |
| C4 | Resident estate and trust shareholders who did not opt out of the election ..................... | | |
| C5 | Nonresident estate and trust shareholders who did not opt out of the election ................ | | |
| C6 | Add lines C1 to C5. Enter the total. These are the totals for the shareholders who did not opt out of the election ............................. | | |
| C7 | Shareholders that opted out of the election or are excluded from making the election ........ | | |
| C8 | Total shareholder count and total shareholder ownership share. Add lines C6 and C7 in columns (b) and (c). Enter the totals. (Column (c) should equal 1.000000) | | |

| Name (as shown on page 1) | EIN |
|---|---|
| DLD3 CARTS LLC | **-***1534 |

## SCHEDULE D    Schedule of Tax Payments Applied to S Corporation Tax Liability.

|  | (a)<br>Payment<br>Date | (b)<br>Extension<br>Payment | (c)<br>Corporate Estimated Tax<br>Payment | (d)<br>PTE Estimated Tax<br>Payment |  |
|---|---|---|---|---|---|
| D1 |  | 00 | 00 | 00 |  |
| D2 |  | 00 | 00 | 00 |  |
| D3 |  | 00 | 00 | 00 |  |
| D4 |  | 00 | 00 | 00 |  |
| D5 |  | 00 | 00 | 00 |  |
| D6 |  | 00 | 00 | 00 |  |
| D7 | Total Tax Payments | 00 | 00 | 00 |  |

## SCHEDULE E    Other Information

**E1** Date business began in Arizona or date income was first derived from Arizona sources: 07/01/2017

**E2** Address at which tax records are located for audit purposes:
Number/Street: 2378 W APACHE TRAIL
City: APACHE JUNCTIO          State: AZ          ZIP Code: 85120

**E3** The taxpayer designates the individual listed below as the person to contact to schedule an audit of this return and authorizes the disclosure of confidential information to this individual. (See instructions, page 12.)
Name: DONALD COOLEY          Phone Number: 480-476-5609
Title: MEMBER          (Area Code)

**E4** List prior taxable years ending in MM/DD/YYYY format for which a federal examination has been finalized:

**NOTE:** A.R.S. § 43-327 requires the taxpayer, within ninety days after final determination, to report these changes under separate cover to the Arizona Department of Revenue or to file amended returns reporting these changes. (See instructions, page 5.)

**E5** Indicate tax accounting method: [X] Cash    [ ] Accrual    [ ] Other (Specify method.)

| Declaration | The following declaration must be signed by one or more of the following officers: president, treasurer, or any other principal officer.<br><br>Under penalties of perjury, I, the undersigned officer authorized to sign this return, declare that I have examined this return, including the accompanying schedules and statements, and to the best of my knowledge and belief, it is a true, correct and complete return, made in good faith, for the taxable year stated pursuant to the income tax laws of the State of Arizona. |
|---|---|

**Please Sign Here**

|  | MEMBER |
|---|---|
| OFFICER'S SIGNATURE          DATE | TITLE |
| OFFICER'S PRINTED NAME | |
| PAID PREPARER'S SIGNATURE    DATE 05/02/2024 | PAID PREPARER'S PTIN ********* |

**Paid Preparer's Use Only**

| PAID PREPARER'S PRINTED NAME | |
|---|---|
| FIRM'S NAME (OR PAID PREPARER'S NAME, IF SELF-EMPLOYED) EIDE BAILLY LLP | FIRM'S EIN **-***0958 |
| FIRM'S STREET ADDRESS 5929 FASHION POINT DR., STE. 300 | FIRM'S TELEPHONE NUMBER 801-621-1575 |
| CITY OGDEN, UT          STATE | ZIP CODE 84403-4684 |

**This form must be e-filed unless the S Corporation has a waiver or is exempt from e-filing.**
**See instructions for details.**

AZ 120S          SCHEDULE C - SHAREHOLDER INFORMATION          STATEMENT 1

| NAME AND ADDRESS | RN PE O | SHAREHOLDER TIN | SHAREHOLDER OWNERSHIP PERCENTAGE | DISTRIBUTIVE SHARE OF INCOME (LOSS) |
|---|---|---|---|---|
| DONALD R. COOLEY, III 1535 E SHEPPERD AVE MESA, AZ 85212 | R | ********* | 033.333333 | 163,159. |
| LAURA COOLEY 10528 E PALLADIUM DR MESA, AZ 85212 | R | ********* | 033.333333 | 163,160. |
| DONALD R. COOLEY, JR. 10528 E PALLADIUM DR MESA, AZ 85212 | R | ********* | 033.333334 | 163,159. |

CLIENT COPY

| Shareholder Name & Address | Shareholder ID No. | CHECK ONE |
|---|---|---|
| DONALD R. COOLEY, III<br>1535 E SHEPPERD AVE<br>MESA, AZ 85212 | \*\*\*-\*\*-0621<br>Percentage of Ownership<br>33.333333 % | Original [X]<br>Amended [ ] |
| Corporation Name & Address | Corporation ID Number | |
| DLD3 CARTS LLC<br>2378 W APACHE TRL<br>APACHE JUNCTION, AZ  85120 | \*\*-\*\*\*1534 | |

| Shareholder's Distributive Share of Income, Adjustments and Arizona Tax Credit Items | Amount |
|---|---|
| **ADDITIONS TO INCOME** | |
| Non-Arizona municipal interest | |
| Taxes paid to other states | |
| Other additions to income | |
| | |
| | |
| | |
| | |
| | |
| | |
| **SUBTRACTIONS FROM INCOME** | |
| Interest on U.S. Government obligations | |
| Other subtractions from income | |
| | |
| | |
| | |
| | |
| | |
| **ARIZONA TAX CREDITS** | |
| | |
| | |
| | |
| | |
| | |

CLIENT COPY

337271  04-01-23

For the ☒ calendar year 2023 or ☐ fiscal year beginning _____ and ending _____ .

**CHECK ONE:** ☒ Original   ☐ Amended

| | |
|---|---|
| Shareholder's Tax Identification Number<br>\*\*\*-\*\*-0621 | S Corporation's Employer Identification Number (EIN)<br>\*\*-\*\*\*1534 |
| Shareholder's Name<br>DONALD R. COOLEY, III | S Corporation's Name<br>DLD3 CARTS LLC |
| Shareholder's Address · number and street or rural route<br>1535 E SHEPPERD AVE | S Corporation's Address · number and street or rural route<br>2378 W APACHE TRL |
| Shareholder's City, Town or Post Office    State  ZIP Code<br>MESA, AZ 85212 | S Corporation's City, Town or Post Office    State  ZIP Code<br>APACHE JUNCTION, AZ  85120 |

Shareholder's percentage of stock ownership for the taxable year:  33.3333 %

---

**Pass-Through Entity Election:**

A. Did the S Corporation make the Pass-Through Entity (PTE) Election?  ☐ Yes  ☒ No

B. If the S Corporation made the Pass-Through Election, did this Shareholder consent to that election?  ☐ Yes  ☐ No

   If "Yes" the S Corporation must provide a completed Form 120S Schedule K-1 to this resident or part-year resident shareholder

---

## Part 1   Net Capital Gain (Loss) From Investment in a Qualified Small Business - Information Schedule

If the shareholder's federal Schedule K-1 (Form 1120-S) does not include any net capital gain (loss) from investment in a qualified small business as determined by the Arizona Commerce Authority, the S Corporation is not required to complete Part 1.

| Pro Rata Share Items | Distributive Share Amount |
|---|---|
| 1  Net capital gain (loss) from investment in a qualified small business ......................................... **1** | |

---

## Part 2   Net Capital Gain (Loss) From the Exchange of Legal Tender - Information Schedule

If the shareholder's federal Schedule K-1 (Form 1120-S) does not include any net capital gain (loss) from the exchange of legal tender, the S Corporation is not required to complete Part 2.

| Pro Rata Share Items | Distributive Share Amount |
|---|---|
| 2  Net capital gain (loss) from the exchange of legal tender ................................................................ **2** | |

---

## Part 3   Net Long-Term Capital Gain (Loss) Subtraction - Information Schedule

If the shareholder's federal Schedule K-1 (Form 1120-S) includes net long-term capital gain (loss), complete lines 3 through line 5 (if applicable).
If the shareholder's federal Schedule K-1 (Form 1120-S) does not include any net long-term capital gain (loss), the S Corporation is not required to complete Part 3.

| Pro Rata Share Items<br>From federal Form 1120-S, Schedule K-1 | (a)<br>Distributive Share Amount | (b)<br>Net long-term capital gain (loss) included in column (a) from assets acquired before January 1, 2012 | (c)<br>Net long-term capital gain (loss) included in column (a) from assets acquired after December 31, 2011 |
|---|---|---|---|
| 3  Net long-term capital gain (loss) ................. **3** | | | |

ADDITIONAL INFORMATION:

| | | | |
|---|---|---|---|
| 4  Net long-term capital gain (loss) from investment in a qualified small business (amount already included in line 3, column (c)) ................. **4** | | | |
| 5  Net long-term capital gain (loss) from the exchange of legal tender (amount already included in line 3, column (c)) ................. **5** | | | |

| Name (as shown on page 1)<br>DLD3 CARTS LLC | EIN<br>**-***1534 |

## Part 4 Marijuana Establishments Only - Information Schedule

| Shareholder's Pro Rata Share Disallowed Federal Expenses | Shareholder's Distributive Share |
|---|---|
| **6** Enter the S Corporation's disallowed federal expenses from line 16 of Schedule DFE ...... **6** | |
| **7** Multiply the amount on line 6 by the shareholder's ownership percentage shown on page 1. Enter the result. This is the shareholder's portion of the Disallowed Federal Expenses ...... **7** | |

**SHAREHOLDER:**

The amount reported on line 7 is your share of the S Corporation's disallowed federal expenses.

Enter this amount on your Arizona income tax return.

- If you *did not make the Small Business Income election* and are filing Arizona Form 140, enter this amount on page 6, line Q.
- If you *did not make the Small Business Income election* and are filing Arizona Form 140PY, enter this amount on page 6, line V.
- If you *made the Small Business Income election* and are filing Arizona Form 140-SBI, enter this amount on line 47.
- If you *made the Small Business Income election* and are filing Arizona Form 140PY-SBI, enter this amount on line 44.

## Part 5 Shareholder's Portion of the S Corporation's Pass-Through Entity Tax Credit

If the shareholder consented to the S Corporation's election to be a Pass-Through Entity (PTE), complete Part 5. Otherwise, leave blank.

| Shareholder's Pro Rata Share of PTE Election | Shareholder's Distributive Share |
|---|---|
| **8** Shareholder's pro-rata share of the PTE Tax Credit.<br>• Individuals, enter this amount on Form 355, Part 1, line 2.<br>• Estates and trusts, see the instructions for Form 141AZ, line 19 to claim this credit ...... **8** | |
| **9** Shareholder's pro-rata share of the Arizona PTE Taxes paid in 2023 for taxable year 2022.<br>• Individuals that *did not make the Small Business Income election,* add this amount back on Form 140, page 5, line P, or Form 140PY, page 5, line O.<br>• Individuals **that made the Small Business Income election,** add this amount back on Form 140-SBI, line 25, or Form 140PY-SBI, line 25.<br>• Estates and trusts, add this amount back on Form 141AZ, Schedule B, line B3 ...... **9** | |
| **10** Shareholder's pro-rata share of the Arizona PTE Taxes paid in 2023 for taxable year 2023.<br>• Individuals that *did not make the Small Business Income election,* add this amount back on Form 140, page 5, line P, or Form 140PY, page 5, line O.<br>• Individuals **that made the Small Business Income election,** add this amount back on Form 140-SBI, line 25, or Form 140PY-SBI, line 25.<br>• Estates and trusts, add this amount back on Form 141AZ, Schedule B, line B3 ...... **10** | |
| **11** Shareholder's pro-rata share of comparable PTE Taxes from other states paid in 2023 for taxable year 2022.<br>• Individuals that *did not make the Small Business Income election,* add this amount back on Form 140, page 5, line P, or Form 140PY, page 5, line O.<br>• Individuals **that made the Small Business Income election,** add this amount back on Form 140-SBI, line 25, or Form 140PY-SBI, line 25.<br>• Estates and trusts, add this amount back on Form 141AZ, Schedule B, line B3 ...... **11** | |
| **12** Shareholder's pro-rata share of comparable PTE Taxes from other states paid in 2023 for taxable year 2023.<br>• Individuals that *did not make the Small Business Income election,* add this amount back on Form 140, page 5, line P, or Form 140PY, page 5, line O.<br>• Individuals **that made the Small Business Income election,** add this amount back on Form 140-SBI, line 25, or Form 140PY-SBI, line 25.<br>• Estates and trusts, add this amount back on Form 141AZ, Schedule B, line B3 ...... **12** | |

CLIENT COPY

| Shareholder Name & Address | Shareholder ID No. | CHECK ONE | |
| --- | --- | --- | --- |
| LAURA COOLEY<br>10528 E PALLADIUM DR<br>MESA, AZ 85212 | \*\*\*-\*\*-6458<br>Percentage of Ownership<br>33.333333 % | Original | X |
| | | Amended | |

| Corporation Name & Address | Corporation ID Number |
| --- | --- |
| DLD3 CARTS LLC<br>2378 W APACHE TRL<br>APACHE JUNCTION, AZ 85120 | \*\*-\*\*\*1534 |

| Shareholder's Distributive Share of Income, Adjustments and Arizona Tax Credit Items | Amount |
| --- | --- |
| **ADDITIONS TO INCOME** | |
| Non-Arizona municipal interest | |
| Taxes paid to other states | |
| Other additions to income | |
| | |
| | |
| | |
| | |
| | |
| | |
| **SUBTRACTIONS FROM INCOME** | |
| Interest on U.S. Government obligations | |
| Other subtractions from income | |
| | |
| | |
| | |
| | |
| | |
| **ARIZONA TAX CREDITS** | |
| | |
| | |
| | |
| | |
| | |
| | |

CLIENT COPY

337271 04-01-23

For the ☒ calendar year 2023 or ☐ fiscal year beginning _____ and ending _____ .

**CHECK ONE:** ☒ Original ☐ Amended

| Shareholder's Tax Identification Number<br>***-**-6458 | S Corporation's Employer Identification Number (EIN)<br>**-***1534 |
|---|---|
| Shareholder's Name<br>LAURA COOLEY | S Corporation's Name<br>DLD3 CARTS LLC |
| Shareholder's Address · number and street or rural route<br>10528 E PALLADIUM DR | S Corporation's Address · number and street or rural route<br>2378 W APACHE TRL |
| Shareholder's City, Town or Post Office     State  ZIP Code<br>MESA, AZ 85212 | S Corporation's City, Town or Post Office     State  ZIP Code<br>APACHE JUNCTION, AZ  85120 |

Shareholder's percentage of stock ownership for the taxable year:  33.3333 %

**Pass-Through Entity Election:**

**A.** Did the S Corporation make the Pass-Through Entity (PTE) Election?  ☐ Yes  ☒ No

**B.** If the S Corporation made the Pass-Through Election, did this Shareholder consent to that election?  ☐ Yes  ☐ No

    If "Yes" the S Corporation must provide a completed Form 120S Schedule K-1 to this resident or part-year resident shareholder

---

### Part 1   Net Capital Gain (Loss) From Investment in a Qualified Small Business - Information Schedule

If the shareholder's federal Schedule K-1 (Form 1120-S) does not include any net capital gain (loss) from investment in a qualified small business as determined by the Arizona Commerce Authority, the S Corporation is not required to complete Part 1.

| Pro Rata Share Items | Distributive Share Amount |
|---|---|
| 1  Net capital gain (loss) from investment in a<br>   qualified small business ...........................  **1** | |

---

### Part 2   Net Capital Gain (Loss) From the Exchange of Legal Tender - Information Schedule

If the shareholder's federal Schedule K-1 (Form 1120-S) does not include any net capital gain (loss) from the exchange of legal tender, the S Corporation is not required to complete Part 2.

| Pro Rata Share Items | Distributive Share Amount |
|---|---|
| 2  Net capital gain (loss) from the exchange of legal<br>   tender ..................................................  **2** | |

---

### Part 3   Net Long-Term Capital Gain (Loss) Subtraction - Information Schedule

If the shareholder's federal Schedule K-1 (Form 1120-S) includes net long-term capital gain (loss), complete lines 3 through line 5 (if applicable).
If the shareholder's federal Schedule K-1 (Form 1120-S) does not include any net long-term capital gain (loss), the S Corporation is not required to complete Part 3.

| Pro Rata Share Items<br>From federal Form 1120-S, Schedule K-1 | (a)<br>Distributive Share Amount | (b)<br>Net long-term capital gain (loss) included in column (a) from assets acquired before January 1, 2012 | (c)<br>Net long-term capital gain (loss) included in column (a) from assets acquired after December 31, 2011 |
|---|---|---|---|
| 3  Net long-term capital gain (loss) ................  **3** | | | |

ADDITIONAL INFORMATION:

| | | | |
|---|---|---|---|
| 4  Net long-term capital gain (loss) from investment<br>   in a qualified small business (amount already<br>   included in line 3, column (c)) .................  **4** | | | |
| 5  Net long-term capital gain (loss) from the<br>   exchange of legal tender (amount already<br>   included in line 3, column (c)) .................  **5** | | | |

## Part 4   Marijuana Establishments Only - Information Schedule

| Shareholder's Pro Rata Share Disallowed Federal Expenses | | Shareholder's Distributive Share |
| --- | --- | --- |
| **6** | Enter the S Corporation's disallowed federal expenses from line 16 of Schedule DFE ........... **6** | |
| **7** | Multiply the amount on line 6 by the shareholder's ownership percentage shown on page 1. Enter the result. This is the shareholder's portion of the Disallowed Federal Expenses .......................... **7** | |

> **SHAREHOLDER:**
> The amount reported on line 7 is your share of the S Corporation's disallowed federal expenses.
> Enter this amount on your Arizona income tax return.
> - If you *did not make the Small Business Income election* and are filing Arizona Form 140, enter this amount on page 6, line Q.
> - If you *did not make the Small Business Income election* and are filing Arizona Form 140PY, enter this amount on page 6, line V.
> - If you *made the Small Business Income election* and are filing Arizona Form 140-SBI, enter this amount on line 47.
> - If you *made the Small Business Income election* and are filing Arizona Form 140PY-SBI, enter this amount on line 44.

## Part 5   Shareholder's Portion of the S Corporation's Pass-Through Entity Tax Credit

If the shareholder consented to the S Corporation's election to be a Pass-Through Entity (PTE), complete Part 5. Otherwise, leave blank.

| Shareholder's Pro Rata Share of PTE Election | | Shareholder's Distributive Share |
| --- | --- | --- |
| **8** | Shareholder's pro-rata share of the PTE Tax Credit. | |
| | • Individuals, enter this amount on Form 355, Part 1, line 2. | |
| | • Estates and trusts, see the instructions for Form 141AZ, line 19 to claim this credit ........... **8** | |
| **9** | Shareholder's pro-rata share of the Arizona PTE Taxes paid in 2023 for taxable year 2022. | |
| | • Individuals that *did not make the Small Business Income election,* add this amount back on Form 140, page 5, line P, or Form 140PY, page 5, line O. | |
| | • Individuals **that made the Small Business Income election,** add this amount back on Form 140-SBI, line 25, or Form 140PY-SBI, line 25. | |
| | • Estates and trusts, add this amount back on Form 141AZ, Schedule B, line B3 ........... **9** | |
| **10** | Shareholder's pro-rata share of the Arizona PTE Taxes paid in 2023 for taxable year 2023. | |
| | • Individuals that *did not make the Small Business Income election,* add this amount back on Form 140, page 5, line P, or Form 140PY, page 5, line O. | |
| | • Individuals **that made the Small Business Income election,** add this amount back on Form 140-SBI, line 25, or Form 140PY-SBI, line 25. | |
| | • Estates and trusts, add this amount back on Form 141AZ, Schedule B, line B3 ........... **10** | |
| **11** | Shareholder's pro-rata share of comparable PTE Taxes from other states paid in 2023 for taxable year 2022. | |
| | • Individuals that *did not make the Small Business Income election,* add this amount back on Form 140, page 5, line P, or Form 140PY, page 5, line O. | |
| | • Individuals **that made the Small Business Income election,** add this amount back on Form 140-SBI, line 25, or Form 140PY-SBI, line 25. | |
| | • Estates and trusts, add this amount back on Form 141AZ, Schedule B, line B3 ........... **11** | |
| **12** | Shareholder's pro-rata share of comparable PTE Taxes from other states paid in 2023 for taxable year 2023. | |
| | • Individuals that *did not make the Small Business Income election,* add this amount back on Form 140, page 5, line P, or Form 140PY, page 5, line O. | |
| | • Individuals **that made the Small Business Income election,** add this amount back on Form 140-SBI, line 25, or Form 140PY-SBI, line 25. | |
| | • Estates and trusts, add this amount back on Form 141AZ, Schedule B, line B3 ........... **12** | |

ARIZONA
SCHEDULE K-1
EQUIVALENT

**Shareholder's Information - Resident**
For Calendar Year 2023, or Fiscal Year
Beginning            , and Ending

**2023**

Shareholder Name & Address

DONALD R. COOLEY, JR.
10528 E PALLADIUM DR
MESA, AZ 85212

Shareholder ID No.
\*\*\*-\*\*-3032

Percentage of Ownership
33.333334 %

CHECK ONE

Original   X
Amended

Corporation Name & Address

DLD3 CARTS LLC
2378 W APACHE TRL
APACHE JUNCTION, AZ 85120

Corporation ID Number
\*\*-\*\*\*1534

| Shareholder's Distributive Share of Income, Adjustments and Arizona Tax Credit Items | Amount |
|---|---|
| **ADDITIONS TO INCOME** | |
| Non-Arizona municipal interest | |
| Taxes paid to other states | |
| Other additions to income | |
| | |
| | |
| | |
| | |
| | |
| **SUBTRACTIONS FROM INCOME** | |
| Interest on U.S. Government obligations | |
| Other subtractions from income | |
| | |
| | |
| | |
| | |
| **ARIZONA TAX CREDITS** | |
| | |
| | |
| | |
| | |
| | |

337271 04-01-23

CLIENT COPY

For the [X] calendar year 2023 or ☐ fiscal year beginning _____ and ending _____ .

CHECK ONE: [X] Original    ☐ Amended

| Shareholder's Tax Identification Number<br>***-**-3032 | S Corporation's Employer Identification Number (EIN)<br>**-***1534 |
|---|---|
| Shareholder's Name<br>DONALD R. COOLEY, JR. | S Corporation's Name<br>DLD3 CARTS LLC |
| Shareholder's Address · number and street or rural route<br>10528 E PALLADIUM DR | S Corporation's Address · number and street or rural route<br>2378 W APACHE TRL |
| Shareholder's City, Town or Post Office     State  ZIP Code<br>MESA, AZ 85212 | S Corporation's City, Town or Post Office     State  ZIP Code<br>APACHE JUNCTION, AZ  85120 |

Shareholder's percentage of stock ownership for the taxable year:  33.3333 %

**Pass-Through Entity Election:**

**A.** Did the S Corporation make the Pass-Through Entity (PTE) Election?     ☐ Yes   [X] No

**B.** If the S Corporation made the Pass-Through Election, did this Shareholder consent to that election?     ☐ Yes   ☐ No

If "Yes" the S Corporation must provide a completed Form 120S Schedule K-1 to this resident or part-year resident shareholder

---

### Part 1   Net Capital Gain (Loss) From Investment in a Qualified Small Business - Information Schedule

If the shareholder's federal Schedule K-1 (Form 1120-S) does not include any net capital gain (loss) from investment in a qualified small business as determined by the Arizona Commerce Authority, the S Corporation is not required to complete Part 1.

| Pro Rata Share Items | Distributive Share Amount |
|---|---|
| **1**  Net capital gain (loss) from investment in a<br>    qualified small business ........................................ **1** | |

---

### Part 2   Net Capital Gain (Loss) From the Exchange of Legal Tender - Information Schedule

If the shareholder's federal Schedule K-1 (Form 1120-S) does not include any net capital gain (loss) from the exchange of legal tender, the S Corporation is not required to complete Part 2.

| Pro Rata Share Items | Distributive Share Amount |
|---|---|
| **2**  Net capital gain (loss) from the exchange of legal<br>    tender .................................................................. **2** | |

---

### Part 3   Net Long-Term Capital Gain (Loss) Subtraction - Information Schedule

If the shareholder's federal Schedule K-1 (Form 1120-S) includes net long-term capital gain (loss), complete lines 3 through line 5 (if applicable).
If the shareholder's federal Schedule K-1 (Form 1120-S) does not include any net long-term capital gain (loss), the S Corporation is not required to complete Part 3.

| Pro Rata Share Items<br>From federal Form 1120-S, Schedule K-1 | (a)<br>Distributive Share Amount | (b)<br>Net long-term capital gain (loss) included in column (a) from assets acquired before January 1, 2012 | (c)<br>Net long-term capital gain (loss) included in column (a) from assets acquired after December 31, 2011 |
|---|---|---|---|
| **3**  Net long-term capital gain (loss)  ................. **3** | | | |

ADDITIONAL INFORMATION:

| | | | |
|---|---|---|---|
| **4**  Net long-term capital gain (loss) from investment<br>    in a qualified small business (amount already<br>    included in line 3, column (c))  ........................... **4** | | | |
| **5**  Net long-term capital gain (loss) from the<br>    exchange of legal tender (amount already<br>    included in line 3, column (c))  ........................... **5** | | | |

## Part 4  Marijuana Establishments Only - Information Schedule

| Shareholder's Pro Rata Share Disallowed Federal Expenses | | Shareholder's Distributive Share |
|---|---|---|
| **6** | Enter the S Corporation's disallowed federal expenses from line 16 of Schedule DFE .......... **6** | |
| **7** | Multiply the amount on line 6 by the shareholder's ownership percentage shown on page 1. Enter the result. This is the shareholder's portion of the Disallowed Federal Expenses ...................... **7** | |

> **SHAREHOLDER:**
> The amount reported on line 7 is your share of the S Corporation's disallowed federal expenses.
> Enter this amount on your Arizona income tax return.
> - If you *did not make the Small Business Income election*   and are filing Arizona Form 140, enter this amount on page 6, line Q.
> - If you *did not make the Small Business Income election*   and are filing Arizona Form 140PY, enter this amount on page 6, line V.
> - If you *made the Small Business Income election*   and are filing Arizona Form 140-SBI, enter this amount on line 47.
> - If you *made the Small Business Income election*   and are filing Arizona Form 140PY-SBI, enter this amount on line 44.

## Part 5  Shareholder's Portion of the S Corporation's Pass-Through Entity Tax Credit

If the shareholder consented to the S Corporation's election to be a Pass-Through Entity (PTE), complete Part 5. Otherwise, leave blank.

| Shareholder's Pro Rata Share of PTE Election | | Shareholder's Distributive Share |
|---|---|---|
| **8** | Shareholder's pro-rata share of the PTE Tax Credit. | |
| | • Individuals, enter this amount on Form 355, Part 1, line 2. | |
| | • Estates and trusts, see the instructions for Form 141AZ, line 19 to claim this credit ........ **8** | |
| **9** | Shareholder's pro-rata share of the Arizona PTE Taxes paid in 2023 for taxable year 2022. | |
| | • Individuals that *did not make the Small Business Income election,*   add this amount back on Form 140, page 5, line P, or Form 140PY, page 5, line O. | |
| | • Individuals **that made the Small Business Income election,** add this amount back on Form 140-SBI, line 25, or Form 140PY-SBI, line 25. | |
| | • Estates and trusts, add this amount back on Form 141AZ, Schedule B, line B3 ............ **9** | |
| **10** | Shareholder's pro-rata share of the Arizona PTE Taxes paid in 2023 for taxable year 2023. | |
| | • Individuals that *did not make the Small Business Income election,*   add this amount back on Form 140, page 5, line P, or Form 140PY, page 5, line O. | |
| | • Individuals **that made the Small Business Income election,** add this amount back on Form 140-SBI, line 25, or Form 140PY-SBI, line 25. | |
| | • Estates and trusts, add this amount back on Form 141AZ, Schedule B, line B3 ............ **10** | |
| **11** | Shareholder's pro-rata share of comparable PTE Taxes from other states paid in 2023 for taxable year 2022. | |
| | • Individuals that *did not make the Small Business Income election,*   add this amount back on Form 140, page 5, line P, or Form 140PY, page 5, line O. | |
| | • Individuals **that made the Small Business Income election,** add this amount back on Form 140-SBI, line 25, or Form 140PY-SBI, line 25. | |
| | • Estates and trusts, add this amount back on Form 141AZ, Schedule B, line B3 ............ **11** | |
| **12** | Shareholder's pro-rata share of comparable PTE Taxes from other states paid in 2023 for taxable year 2023. | |
| | • Individuals that *did not make the Small Business Income election,*   add this amount back on Form 140, page 5, line P, or Form 140PY, page 5, line O. | |
| | • Individuals **that made the Small Business Income election,** add this amount back on Form 140-SBI, line 25, or Form 140PY-SBI, line 25. | |
| | • Estates and trusts, add this amount back on Form 141AZ, Schedule B, line B3 ............ **12** | |