SIGNED.

Dated: August 19, 2026

Paul Sala, Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DLD3 CARTS LLC dba SAN TAN GOLF CARTS,<br><br>Debtor. | (Chapter 7 Case)<br><br>No. 2:24-bk-04998-PS<br>No. 2:24-bk-05001-PS<br><br>(Jointly Administered) |
| SAN TAN MANUFACTURING, LLC,<br><br>Debtor. | <u>This pleading relates to:</u><br><br>**DLD3 Carts, LLC** **X**<br><br>San Tan Manufacutring, LLC<br><br>All Debtors<br><br>**ORDER APPROVING STIPULATED MOTION TO COMPROMISE CLAIMS BETWEEN THE ESTATE AND MITSUBISHI HC CAPITAL** |

Upon consideration of the *Stipulated Motion to Compromise Claims Between the Estate and Mitsubishi HC Capital* ("**Motion**") filed by Robert A. MacKenzie, Chapter 7 Trustee ("**Trustee**"), and good cause appearing therefor;

**THE COURT FINDS** that the settlement is in the best interest of the Estate, that the settlement has been duly noticed to all parties on the DLD3 Carts LLC master mailing matrix, with no objections having been received and all other requirements of Bankruptcy Rule 9019 having been satisfied;

**IT IS HEREBY ORDERED** approving the Motion.

**IT IS HEREBY FURTHER ORDERED:**

A. The Trustee is authorized to sell the Vehicle[1] for $25,000.00;

[1] Any term not expressly defined herein shall have the same meaning as prescribed in the Motion.

B. From the $25,000.00, the Trustee shall turnover the sum of $20,000.00 to Mitsubishi in full satisfaction of its lien within fourteen (14) days of the entry of this Order becoming final and non-appealable;

C. The Trustee shall make the check payable to Mitsubishi HC Capital America, Inc. and mail it to Kye Law Group, P.C., 201 Old Country Rd., Ste 120, Melville, NY 11747;

D. Mitsubishi shall take such steps as are necessary to release its lien encumbering the Vehicle upon receipt and clearance of the $20,000.00; and

E. The Trustee is authorized to execute any documents necessary to release the lien and transfer title of the Vehicle to the purchaser.

**DATED AND SIGNED ABOVE**