# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0970−2 | User: admin | Date Created: 08/24/2026 |
| Case: 2:24−bk−04998−PS | Form ID: cla001 | Total: 71 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

cr TrustBank

TOTAL: 1

**Recipients of Notice of Electronic Filing:**

aty ANTHONY W. AUSTIN aaustin@fennemorelaw.com
aty Andrew Haynes ahaynes@omlaw.com
aty Andrew R O'Keefe aro@eblawyers.com
aty BENJAMIN WILLIAM REEVES breeves@swlaw.com
aty Helen K. Santilli Helen.Santilli@Lane−Nach.com
aty JARED G. PARKER jparker@psazlaw.com
aty Michael Zdancewicz Notice@ZLawAZ.com
aty STEVEN N BERGER snb@eblawyers.com
aty STUART BRADLEY RODGERS Stuart.Rodgers@NRHSLaw.com
aty WARREN J. STAPLETON wstapleton@omlaw.com

TOTAL: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db DLD3 Carts LLC c/o Warren Stapleton Osborn Maledon, PA 2929 N Central Ave Ste 2000 Phoenix, AZ 85012
cr Fox Capital Group, Inc. c/o Jared Parker Parker Schwartz PLLC 7310 N 16 Street Suite 330 Phoenix, AZ 85020
cr Josh Weeks Enterprises, LLC c/o Capstone Financial Engelman Berger, P.C. 2800 N Central Ave., Suite 1200 Phoenix, AZ 85004
intp Spartan Business Solutions LLC Anthony Giuliano, Esq. 445 Broadhollow Rd. Suite 25 Melville NY, 11747 UNITED STATES
intp Samson Funding LLC Anthony Giuliano, Esq. 445 Broadhollow Rd. Suite 25 Melville NY, 11747 UNITED STATES
tr ROBERT A. MACKENZIE Robert A. MacKenzie 1220 East Osborn Road Suite 102 Phoenix, AZ 85014
aty AmeriCredit Financial Services, Inc. dba GM Financial Attn: Zdancewicz Law Firm PLC Post Office Box 51826 Phoenix, AZ 85076−1826
cr R.N.S. CENTER LIMITED PARTNERSHIP Fennemore Craig, P.C. Attn: Anthony W. Austin / Stacy Porche 2394 E. Camelback Rd., Ste. 600 Phoenix, AZ 85016 UNITED STATES
aty ROBERT A. MACKENZIE Robert A. MacKenzie 1220 East Osborn Road Suite 102 Phoenix, AZ 85014
aty SHANNA M. KAMINSKI KAMINSKI LAW PLLC PO BOX 247 GRASS LAKES, MI 49240
smg AZ DEPARTMENT OF REVENUE BANKRUPTCY & LITIGATION 1600 W. MONROE, 7TH FL. PHOENIX, AZ 85007−2650
17457416 AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP PO BOX 3001 MALVERN PA 19355−0701
17459048 AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP PO BOX 3001 MALVERN PA 19355−0701
17451830 ARIZONA DEPARTMENT OF REVENUE Office of the Arizona Attorney General c/o Tax, Bankruptcy and Collection Sct 2005 N Central Ave, Suite 100 Phoenix AZ 85004
17388094 AmeriCredit Financial Services, Inc. dba GM Financ P O Box 183853 Arlington, TX 76096
17327879 American Express PO Box 60189 City of Industry CA 91716−0189
17328137 Ariel Bouskila 1545 Route 202 Suite 101 Pomona, NY 10970
17327880 Arizona Dept of Revenue PO BOX 29010 Phoenix AZ 85038−9010
17327881 Arnold Machinery 2975 W 2100 S Salt Lake City UT 84119
17390506 Arnold Machinery Company 2975 West 2100 South Salt Lake City, UT 84119
17327883 BMO Bank N.A. PO Box 7167 Pasadena CA 91109
17327882 Bank of America PO Box 660441 Dallas TX 75266−0441
17327884 Byzfunder NY LLC 530 7th Ave Ste 505 New York NY 10018
17474811 Cellco Partnership d/b/a Verizon Wireless William M Vermette 22001 Loudoun County PKWY Ashburn, VA 20147
17327885 Circle K Fuel Card West Coast Division 255 E Rincon Ste 119 Placentia CA 92870
17327886 Currenta Battery Inc 750 E Edna Pl Covina CA 91723
17327887 Eide Bailey 5929 Fashion Point Dr Ste 300 Ogden UT 84403
17459115 Elliot Auto Supply Co Inc Factory Motor Parts 1380 Corporate Center Drive Eagan MN 55121
17327888 Expert Funding 585 Stewart Ave Ste L90 Garden City NY 11530
17327889 Factory Motor Parts 6849 E Main St Mesa AZ 85207
17327890 Fox Funding Group LLC 803 S 21st Ave Hollywood FL 33020
17488619 Fox Funding Group, LLC 803 S 21st Ave Hollywood, FL 33020
17327891 GM FInancial PO Box 78143 Phoenix AZ 85062−8143
17389515 Gil Hopenstand 312 N Spring Street, 5th Fl Los Angeles, CA 90012

17483868 ICON EV LLC c/o Kathryn J. Copeland, Esq. 100 2nd Avenue S, Suite 902−S St. Petersburg, FL 33701
17327893 INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OPERATIONS PO BOX 21126 Philadelphia PA 19114−0326
17327892 Icon EV 1300 S Litchfield Rd Ste 270 Goodyear AZ 85338
17327894 Joca Enterprises LLC 1075 S Idaho Rd Ste 210B Apache Junction AZ 85119
17327895 Josh Weeks Enterprises LLC c/o Capstone Mortgage LLC 1620 N 82nd Pl Scottsdale AZ 85257
17388649 Josh Weeks Enterprises, LLC c/o Capstone Financial Steven N. Berger, Esq. 2800 N. Central Ave., Suite 1200 Phoenix, AZ 85004
17483867 Kathryn J. Copeland, Esq 100 2nd Avenue S, Suite 902−S St. Petersburg, FL 33701
17327896 Mitsubishi 21925 Newark Pl Chicago IL 60673−1219
18159692 Mitsubishi HC Capital America, Inc. c/o Kye Law Group, P.C. 201 Old Country Road Suite 120 Melville, NY 11747
17327897 Nivel Parts 2300 E 51st Ave Phoenix AZ 85043
17327898 Phoenix Investors #24, LLC 440 W First St ste 201 Tustin CA 92780
17327899 Promenade CG Retail, LLC c/o LARC Asset Management and Realty 695 Rte 46 Ste 210 Fairfield NJ 07004
17327900 R.N.S. Center Limited Partnership 9532 E Riggs Rd Chandler AZ 85248
18155568 R.N.S. Center Limited Partnership c/o Fennemore Craig, P.C. Attn: Anthony W. Austin/Stacy Porche 2394 E. Camelback Rd., Ste. 600 Phoenix, AZ 85016
17327902 SBA (EIDL) 14631 N Scottsdale Rd Ste 100 Scottsdale AZ 85254
17327903 SBA/Trust Bank 14631 N Scottsdale Rd Ste 100 Scottsdale AZ 85254
17328138 Samson MCA LLC 1545 Route 202 Suite 101 Pomona, NY 10970−1545
17327901 Samson MCA LLC d/b/a Samson Funding c/o Giuliano Law PC Anthony Giuliano, Esq. 445 Broadhollow Rd., Suite 25 Melville, N.Y. 11747
17488618 Shanna M. Kaminski P.O. Box 247 Grass Lake, MI 49240
17390345 Spartan Business Solutions c/o Giuliano Law PC Anthony Giuliano, Esq. 445 Broadhollow Rd., Suite 25 Melville, N.Y. 11747
17327904 Spartan Capital 30 Wall St 8th Flr New York NY 10005
17391220 TrustBank c/o Benjamin W. Reeves Snell & Wilmer L.L.P. One E. Washington Street, Suite 2700 Phoenix, AZ 85004
17476909 U.S. Bank National Association Bankruptcy Department PO Box 108 Saint Louis MO 63166−0108
17389516 U.S. Small Business Administration 312 N Spring Street, 5th Fl Los Angeles, CA 90012
17327905 US Bank Cash Card PO Box 790408 Saint Louis MO 63179−0408
17327906 US Bank Platinum PO Box 790408 Saint Louis MO 63179−0408

TOTAL: 60