United States Bankruptcy Court
District of Arizona

In re: Case No. 24-04998-PS
DLD3 Carts LLC Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2 User: admin Page 1 of 4
Date Rcvd: Aug 25, 2026 Form ID: cla001 Total Noticed: 57

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | DLD3 Carts LLC, c/o Warren Stapleton, Osborn Maledon, PA, 2929 N Central Ave Ste 2000, Phoenix, AZ 85012-2838 |
| aty | | AmeriCredit Financial Services, Inc. dba GM Financ, Attn: Zdancewicz Law Firm PLC, Post Office Box 51826, Phoenix, AZ 85076-1826 |
| cr | + | Fox Capital Group, Inc., c/o Jared Parker, Parker Schwartz PLLC, 7310 N 16 Street Suite 330, Phoenix, AZ 85020-5276 |
| cr | + | Josh Weeks Enterprises, LLC c/o Capstone Financial, Engelman Berger, P.C., 2800 N Central Ave., Suite 1200, Phoenix, AZ 85004-1009 |
| cr | + | R.N.S. CENTER LIMITED PARTNERSHIP, Fennemore Craig, P.C., Attn: Anthony W. Austin / Stacy Porche, 2394 E. Camelback Rd., Ste. 600, Phoenix, AZ 85016 UNITED STATES 85016-9077 |
| intp | + | Samson Funding LLC, Anthony Giuliano, Esq., 445 Broadhollow Rd., Suite 25, Melville, NY 11747 UNITED STATES 11747-3645 |
| intp | + | Spartan Business Solutions LLC, Anthony Giuliano, Esq., 445 Broadhollow Rd., Suite 25, Melville, NY 11747 UNITED STATES 11747-3645 |
| 17327881 | + | Arnold Machinery, 2975 W 2100 S, Salt Lake City UT 84119-1273 |
| 17390506 | + | Arnold Machinery Company, 2975 West 2100 South, Salt Lake City, UT 84119-1273 |
| 17327883 | + | BMO Bank N.A., PO Box 7167, Pasadena CA 91109-7167 |
| 17327885 | | Circle K Fuel Card, West Coast Division, 255 E Rincon Ste 119, Placentia CA 92870 |
| 17327886 | + | Currenta Battery Inc, 750 E Edna Pl, Covina CA 91723-1408 |
| 17327887 | + | Eide Bailey, 5929 Fashion Point Dr Ste 300, Ogden UT 84403-4684 |
| 17459115 | + | Elliot Auto Supply Co Inc, Factory Motor Parts, 1380 Corporate Center Drive, Eagan MN 55121-1200 |
| 17327888 | + | Expert Funding, 585 Stewart Ave Ste L90, Garden City NY 11530-4750 |
| 17327889 | + | Factory Motor Parts, 6849 E Main St, Mesa AZ 85207-8207 |
| 17483868 | + | ICON EV LLC, c/o Kathryn J. Copeland, Esq., 100 2nd Avenue S, Suite 902-S, St. Petersburg, FL 33701-4337 |
| 17327892 | #+ | Icon EV, 1300 S Litchfield Rd Ste 270, Goodyear AZ 85338-1698 |
| 17327894 | + | Joca Enterprises LLC, 1075 S Idaho Rd Ste 210B, Apache Junction AZ 85119-6405 |
| 17327895 | + | Josh Weeks Enterprises LLC, c/o Capstone Mortgage LLC, 1620 N 82nd Pl, Scottsdale AZ 85257-3012 |
| 17388649 | + | Josh Weeks Enterprises, LLC c/o Capstone Financial, Steven N. Berger, Esq., 2800 N. Central Ave., Suite 1200, Phoenix, AZ 85004-1009 |
| 17483867 | + | Kathryn J. Copeland, Esq, 100 2nd Avenue S, Suite 902-S, St. Petersburg, FL 33701-4337 |
| 17327896 | | Mitsubishi, 21925 Newark Pl, Chicago IL 60673-1219 |
| 17327897 | | Nivel Parts, 2300 E 51st Ave, Phoenix AZ 85043 |
| 17327898 | + | Phoenix Investors #24, LLC, 440 W First St ste 201, Tustin CA 92780-3047 |
| 17327899 | + | Promenade CG Retail, LLC, c/o LARC Asset Management and Realty, 695 Rte 46 Ste 210, Fairfield NJ 07004-1561 |
| 17327900 | + | R.N.S. Center Limited Partnership, 9532 E Riggs Rd, Chandler AZ 85248-7463 |
| 18155568 | + | R.N.S. Center Limited Partnership, c/o Fennemore Craig, P.C., Attn: Anthony W. Austin/Stacy Porche, 2394 E. Camelback Rd., Ste. 600, Phoenix, AZ 85016-9077 |
| 17327902 | + | SBA (EIDL), 14631 N Scottsdale Rd Ste 100, Scottsdale AZ 85254-2716 |
| 17327903 | + | SBA/Trust Bank, 14631 N Scottsdale Rd Ste 100, Scottsdale AZ 85254-2716 |
| 17327901 | + | Samson MCA LLC d/b/a Samson Funding, c/o Giuliano Law PC, Anthony Giuliano, Esq., 445 Broadhollow Rd., Suite 25, Melville, N.Y. 11747-3645 |
| 17390345 | + | Spartan Business Solutions, c/o Giuliano Law PC, Anthony Giuliano, Esq., 445 Broadhollow Rd., Suite 25, Melville, N.Y. 11747-3645 |
| 17327904 | + | Spartan Capital, 30 Wall St 8th Flr, New York NY 10005-2205 |
| 17391220 | + | TrustBank, c/o Benjamin W. Reeves, Snell & Wilmer L.L.P., One E. Washington Street, Suite 2700, Phoenix, AZ 85004-0908 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | ^ | MEBN | | |

| | | | | |
|---|---|---|---|---|
| | | | Aug 26 2026 00:36:48 | SHANNA M. KAMINSKI, KAMINSKI LAW PLLC, PO BOX 247, GRASS LAKES, MI 49240-0247 |
| tr | + | EDI: BRAMACKENZIE.COM | Aug 26 2026 04:07:00 | ROBERT A. MACKENZIE, Robert A. MacKenzie, 1220 East Osborn Road, Suite 102, Phoenix, AZ 85014-5534 |
| smg | | EDI: AZDEPREV.COM | Aug 26 2026 04:07:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 17457416 | | Email/PDF: bncnotices@becket-lee.com | Aug 26 2026 00:46:08 | AMERICAN EXPRESS NATIONAL BANK, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN PA 19355-0701 |
| 17451830 | + | EDI: AZDEPREV.COM | Aug 26 2026 04:07:00 | ARIZONA DEPARTMENT OF REVENUE, Office of the Arizona Attorney General, c/o Tax, Bankruptcy and Collection Sct, 2005 N Central Ave, Suite 100, Phoenix AZ 85004-1546 |
| 17388094 | + | EDI: PHINAMERI.COM | Aug 26 2026 04:07:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 17327879 | | Email/PDF: bncnotices@becket-lee.com | Aug 26 2026 00:46:23 | American Express, PO Box 60189, City of Industry CA 91716-0189 |
| 17328137 | + | Email/Text: BNCnotices@bblawpllc.com | Aug 26 2026 00:43:00 | Ariel Bouskila, 1545 Route 202 Suite 101, Pomona, NY 10970-2951 |
| 17327880 | | EDI: AZDEPREV.COM | Aug 26 2026 04:07:00 | Arizona Dept of Revenue, PO BOX 29010, Phoenix AZ 85038-9010 |
| 17327884 | | Email/Text: bkclaims@byzfunder.com | Aug 26 2026 00:43:00 | Byzfunder NY LLC, 530 7th Ave Ste 505, New York NY 10018 |
| 17327882 | | EDI: WFFC | Aug 26 2026 04:07:00 | Bank of America, PO Box 660441, Dallas TX 75266-0441 |
| 17474811 | + | EDI: VERIZONCOMB.COM | Aug 26 2026 04:07:00 | Cellco Partnership d/b/a Verizon Wireless, William M Vermette, 22001 Loudoun County PKWY, Ashburn, VA 20147-6122 |
| 17327890 | + | Email/Text: julie@foxbusinessfunding.com | Aug 26 2026 00:43:00 | Fox Funding Group LLC, 803 S 21st Ave, Hollywood FL 33020-6962 |
| 17327891 | | EDI: PHINAMERI.COM | Aug 26 2026 04:07:00 | GM FInancial, PO Box 78143, Phoenix AZ 85062-8143 |
| 17389515 | + | Email/Text: bankruptcynotices@sba.gov | Aug 26 2026 00:43:00 | Gil Hopenstand, 312 N Spring Street, 5th Fl, Los Angeles, CA 90012-4701 |
| 17327893 | | EDI: IRS.COM | Aug 26 2026 04:07:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 21126, Philadelphia PA 19114-0326 |
| 18159692 | + | Email/Text: MKYE@KYELAW.COM | Aug 26 2026 00:43:00 | Mitsubishi HC Capital America, Inc., c/o Kye Law Group, P.C., 201 Old Country Road, Suite 120, Melville, NY 11747-2725 |
| 17328138 | + | Email/Text: BNCnotices@bblawpllc.com | Aug 26 2026 00:43:00 | Samson MCA LLC, 1545 Route 202 Suite 101, Pomona, NY 10970-2951 |
| 17488618 | ^ | MEBN | Aug 26 2026 00:36:48 | Shanna M. Kaminski, P.O. Box 247, Grass Lake, MI 49240-0247 |
| 17389516 | + | Email/Text: bankruptcynotices@sba.gov | Aug 26 2026 00:43:00 | U.S. Small Business Administration, 312 N Spring Street, 5th Fl, Los Angeles, CA 90012 |
| 17476909 | | EDI: USBANKARS.COM | Aug 26 2026 04:07:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 17327905 | | EDI: USBANKARS.COM | Aug 26 2026 04:07:00 | US Bank Cash Card, PO Box 790408, Saint Louis MO 63179-0408 |

| | | | |
|---|---|---|---|
| 17327906 | EDI: USBANKARS.COM | Aug 26 2026 04:07:00 | US Bank Platinum, PO Box 790408, Saint Louis MO 63179-0408 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | TrustBank |
| aty | *+ | ROBERT A. MACKENZIE, Robert A. MacKenzie, 1220 East Osborn Road, Suite 102, Phoenix, AZ 85014-5534 |
| 17459048 | * | AMERICAN EXPRESS NATIONAL BANK, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN PA 19355-0701 |
| 17488619 | *+ | Fox Funding Group, LLC, 803 S 21st Ave, Hollywood, FL 33020-6962 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY W. AUSTIN | on behalf of Creditor R.N.S. CENTER LIMITED PARTNERSHIP aaustin@fennemorelaw.com gkbacon@fclaw.com |
| Andrew Haynes | on behalf of Debtor DLD3 Carts LLC ahaynes@omlaw.com saguayo@omlaw.com,pnieto@omlaw.com,abourassa@omlaw.com,mlucas@omlaw.com |
| Andrew Haynes | on behalf of Debtor San Tan Manufacturing LLC ahaynes@omlaw.com saguayo@omlaw.com,pnieto@omlaw.com,abourassa@omlaw.com,mlucas@omlaw.com |
| Andrew R O'Keefe | on behalf of Creditor Josh Weeks Enterprises LLC c/o Capstone Financial aro@eblawyers.com, cdn@eblawyers.com |
| BENJAMIN WILLIAM REEVES | on behalf of Creditor TrustBank breeves@swlaw.com jthomes@swlaw.com,docket@swlaw.com |
| Helen K. Santilli | on behalf of Trustee Robert A MacKenzie Helen.Santilli@Lane-Nach.com becca.casteel@nrhslaw.com,danica.acosta@nrhslaw.com,docket@nrhslaw.com |
| Helen K. Santilli | on behalf of Trustee ROBERT A. MACKENZIE Helen.Santilli@Lane-Nach.com becca.casteel@nrhslaw.com,danica.acosta@nrhslaw.com,docket@nrhslaw.com |
| JARED G. PARKER | on behalf of Creditor Fox Capital Group Inc. jparker@psazlaw.com, emaron@psazlaw.com,Parker.JaredG.B138367@notify.bestcase.com |
| Michael Zdancewicz | on behalf of Attorney AmeriCredit Financial Services Inc. dba GM Financial Notice@ZLawAZ.com |

RENEE SANDLER SHAMBLIN
on behalf of U.S. Trustee U.S. TRUSTEE renee.s.shamblin@usdoj.gov

ROBERT A. MACKENZIE
on behalf of Trustee ROBERT A. MACKENZIE ram@ramlawltd.com az26@ecfcbis.com

ROBERT A. MACKENZIE
ram@ramlawltd.com az26@ecfcbis.com

STEVEN N BERGER
on behalf of Creditor Josh Weeks Enterprises LLC c/o Capstone Financial snb@eblawyers.com, cdn@eblawyers.com,mdb@eblawyers.com,pmh@eblawyers.com

STUART BRADLEY RODGERS
on behalf of Trustee ROBERT A. MACKENZIE Stuart.Rodgers@NRHSLaw.com danica.acosta@nrhslaw.com,becca.casteel@nrhslaw.com,docket@NRHSLaw.com

STUART BRADLEY RODGERS
on behalf of Trustee Robert A MacKenzie Stuart.Rodgers@NRHSLaw.com danica.acosta@nrhslaw.com,becca.casteel@nrhslaw.com,docket@NRHSLaw.com

WARREN J. STAPLETON
on behalf of Debtor DLD3 Carts LLC wstapleton@omlaw.com pnieto@omlaw.com,abourassa@omlaw.com,mlucas@omlaw.com

WARREN J. STAPLETON
on behalf of Debtor San Tan Manufacturing LLC wstapleton@omlaw.com pnieto@omlaw.com,abourassa@omlaw.com,mlucas@omlaw.com

TOTAL: 17

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:

DLD3 Carts LLC
dba San Tan Golf Carts
c/o Warren Stapleton
Osborn Maledon, PA
2929 N Central Ave Ste 2000
Phoenix, AZ 85012
SSAN:
EIN: 82−2021534

Debtor(s)

Case No.: 2:24−bk−04998−PS

Chapter: 7

## NOTICE FIXING LAST DATE TO FILE CLAIMS

**NOTICE IS HEREBY GIVEN THAT:**

1. All Creditors of the above−named estate are required to file their claim pursuant to Bankruptcy Rule 3002(c) (5) on or before **November 24, 2026** in order to participate in the distribution of funds available. Any creditor who has previously filed a claim need not file again. Please be advised that filing a claim does not guarantee that you will receive payment on that claim. Whether you receive payment and the amount of any payment depends upon the amount of funds in the estate and whether there are administrative costs and priority claims to be paid.

2. For governmental units, a proof of claim must be filed by the aforementioned deadline or 180 days after the date of the order for relief in this case, whichever is later.

3. The proof of claim form can be obtained at the court's front counter and self help centers as well as access to fillable PDF versions on the court's website www.azb.uscourts.gov. If you are a creditor (the person who is owed money in a bankruptcy case) and are not represented by an attorney, you may also file a Proof of Claim and upload PDF attachments via an online form on the court's website.

4. YOU ARE FURTHER NOTIFIED THAT if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of the trustee's final account and report and the proposed distribution.

Date: August 24, 2026

Address of the Bankruptcy Clerk's Office:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov

Clerk of the Bankruptcy Court:

Khadijia V. White−Thomas