SIGNED.

Dated: September 11, 2026

Paul Sala, Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DLD3 CARTS LLC dba SAN TAN GOLF CARTS,<br><br>Debtor.<br><br>SAN TAN MANUFACTURING, LLC,<br><br>Debtor. | (Chapter 7 Case)<br><br>No. 2:24-bk-04998-PS<br>No. 2:24-bk-05001-PS<br><br>(Jointly Administered)<br><br>This pleading relates to:<br>DLD Carts, LLC<br>San Tan Manufacutring, LLC<br>**All Debtors** X<br><br>**ORDER TO APPEAR AND SHOW CAUSE WHY GUSTO, INC. SHOULD NOT COMPLY WITH ORDER GRANTING TRUSTEE'S APPLICATION FOR PRODUCTION OF DOCUMENTS AND ORAL EXAMINATION PURSUANT TO F.R.B.P. 2004** |

Upon consideration of the *Trustee's Application for Order to Show Cause why Gusto, Inc. Should Not Comply with Order Granting Trustee's Application for Production of Documents and Oral Examination Pursuant to F.R.B.P. 2004* filed by Robert A. MacKenzie, Chapter 7 Trustee ("**Trustee**"), and good cause appearing therefor:

**IT IS HEREBY ORDERED** directing Gusto, Inc.'s custodian of record ("**Gusto**") to appear in-person before the Honorable Paul Sala. Hearing will be held at the U.S. Bankruptcy Court, 230 North First Avenue, Courtroom 601, Phoenix, AZ, 85003 on **October 6, 2026**, at hour of **11:00 a.m.** and **SHOW CAUSE,** if any as to: (1) why Gusto should not be

required to comply with this Court's Order dated July 16, 2026 (DE 202) requiring production of certain documents and to appear for a telephonic examination; (2) why this Court should not impose monetary sanctions of $100.00 a day for Gusto's failure to comply with the 2004 Order; (3) why this Court should not find that Gusto must pay the Trustee's attorney fees and costs associated without forcing Gusto to comply with the 2004 Order (subject to Court approval of the attorney fees and costs); and (4) why additional and further relief should not be granted. All parties are to appear in person.

**IT IS FURTHER ORDERED** directing Trustee to immediately serve a copy of this Order to Gusto and counsel (if any) and file a certificate of service therefor.

**DATED AND SIGNED ABOVE**