United States Bankruptcy Court
District of Arizona

In re: Case No. 24-04998-PS
DLD3 Carts LLC Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2 User: admin 
Date Rcvd: Sep 11, 2026 Form ID: pdf001 Total Noticed: 57

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | DLD3 Carts LLC, c/o Warren Stapleton, Osborn Maledon, PA, 2929 N Central Ave Ste 2000, Phoenix, AZ 85012-2838 |
| aty | | AmeriCredit Financial Services, Inc. dba GM Financ, Attn: Zdancewicz Law Firm PLC, Post Office Box 51826, Phoenix, AZ 85076-1826 |
| cr | + | Fox Capital Group, Inc., c/o Jared Parker, Parker Schwartz PLLC, 7310 N 16 Street Suite 330, Phoenix, AZ 85020-5276 |
| cr | + | Josh Weeks Enterprises, LLC c/o Capstone Financial, Engelman Berger, P.C., 2800 N Central Ave., Suite 1200, Phoenix, AZ 85004-1009 |
| cr | + | R.N.S. CENTER LIMITED PARTNERSHIP, Fennemore Craig, P.C., Attn: Anthony W. Austin / Stacy Porche, 2394 E. Camelback Rd., Ste. 600, Phoenix, AZ 85016 UNITED STATES 85016-9077 |
| intp | + | Samson Funding LLC, Anthony Giuliano, Esq., 445 Broadhollow Rd., Suite 25, Melville, NY 11747 UNITED STATES 11747-3645 |
| intp | + | Spartan Business Solutions LLC, Anthony Giuliano, Esq., 445 Broadhollow Rd., Suite 25, Melville, NY 11747 UNITED STATES 11747-3645 |
| 17327881 | + | Arnold Machinery, 2975 W 2100 S, Salt Lake City UT 84119-1273 |
| 17390506 | + | Arnold Machinery Company, 2975 West 2100 South, Salt Lake City, UT 84119-1273 |
| 17327883 | + | BMO Bank N.A., PO Box 7167, Pasadena CA 91109-7167 |
| 18295355 | + | CAB assignee of Guangzhou Borcart Electric Vehicle, 4340 Fulton Avenue, Third Fl., Sherman Oaks, CA 91423-3925 |
| 17327885 | | Circle K Fuel Card, West Coast Division, 255 E Rincon Ste 119, Placentia CA 92870 |
| 17327886 | + | Currenta Battery Inc, 750 E Edna Pl, Covina CA 91723-1408 |
| 17327887 | + | Eide Bailey, 5929 Fashion Point Dr Ste 300, Ogden UT 84403-4684 |
| 17459115 | + | Elliot Auto Supply Co Inc, Factory Motor Parts, 1380 Corporate Center Drive, Eagan MN 55121-1200 |
| 17327888 | + | Expert Funding, 585 Stewart Ave Ste L90, Garden City NY 11530-4750 |
| 17327889 | + | Factory Motor Parts, 6849 E Main St, Mesa AZ 85207-8207 |
| 17483868 | + | ICON EV LLC, c/o Kathryn J. Copeland, Esq., 100 2nd Avenue S, Suite 902-S, St. Petersburg, FL 33701-4337 |
| 17327892 | #+ | Icon EV, 1300 S Litchfield Rd Ste 270, Goodyear AZ 85338-1698 |
| 17327894 | + | Joca Enterprises LLC, 1075 S Idaho Rd Ste 210B, Apache Junction AZ 85119-6405 |
| 17327895 | + | Josh Weeks Enterprises LLC, c/o Capstone Mortgage LLC, 1620 N 82nd Pl, Scottsdale AZ 85257-3012 |
| 17388649 | + | Josh Weeks Enterprises, LLC c/o Capstone Financial, Steven N. Berger, Esq., 2800 N. Central Ave., Suite 1200, Phoenix, AZ 85004-1009 |
| 17483867 | + | Kathryn J. Copeland, Esq, 100 2nd Avenue S, Suite 902-S, St. Petersburg, FL 33701-4337 |
| 17327896 | | Mitsubishi, 21925 Newark Pl, Chicago IL 60673-1219 |
| 17327897 | | Nivel Parts, 2300 E 51st Ave, Phoenix AZ 85043 |
| 17327898 | + | Phoenix Investors #24, LLC, 440 W First St ste 201, Tustin CA 92780-3047 |
| 17327899 | + | Promenade CG Retail, LLC, c/o LARC Asset Management and Realty, 695 Rte 46 Ste 210, Fairfield NJ 07004-1561 |
| 17327900 | + | R.N.S. Center Limited Partnership, 9532 E Riggs Rd, Chandler AZ 85248-7463 |
| 18155568 | + | R.N.S. Center Limited Partnership, c/o Fennemore Craig, P.C., Attn: Anthony W. Austin/Stacy Porche, 2394 E. Camelback Rd., Ste. 600, Phoenix, AZ 85016-9077 |
| 17327902 | + | SBA (EIDL), 14631 N Scottsdale Rd Ste 100, Scottsdale AZ 85254-2716 |
| 17327903 | + | SBA/Trust Bank, 14631 N Scottsdale Rd Ste 100, Scottsdale AZ 85254-2716 |
| 17327901 | + | Samson MCA LLC d/b/a Samson Funding, c/o Giuliano Law PC, Anthony Giuliano, Esq., 445 Broadhollow Rd., Suite 25, Melville, N.Y. 11747-3645 |
| 17390345 | + | Spartan Business Solutions, c/o Giuliano Law PC, Anthony Giuliano, Esq., 445 Broadhollow Rd., Suite 25, Melville, N.Y. 11747-3645 |
| 17327904 | + | Spartan Capital, 30 Wall St 8th Flr, New York NY 10005-2205 |
| 17391220 | + | TrustBank, c/o Benjamin W. Reeves, Snell & Wilmer L.L.P., One E. Washington Street, Suite 2700, Phoenix, AZ 85004-0908 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| aty | ^ | MEBN | Sep 11 2026 23:46:39 | SHANNA M. KAMINSKI, KAMINSKI LAW PLLC, PO BOX 247, GRASS LAKES, MI 49240-0247 |
| 17457416 | | Email/PDF: bncnotices@becket-lee.com | Sep 11 2026 23:52:50 | AMERICAN EXPRESS NATIONAL BANK, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN PA 19355-0701 |
| 17451830 | + | Email/Text: bankruptcynotices@azdor.gov | Sep 11 2026 23:50:00 | ARIZONA DEPARTMENT OF REVENUE, Office of the Arizona Attorney General, c/o Tax, Bankruptcy and Collection Sct, 2005 N Central Ave, Suite 100, Phoenix AZ 85004-1546 |
| 17388094 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 11 2026 23:51:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 17327879 | | Email/PDF: bncnotices@becket-lee.com | Sep 11 2026 23:52:34 | American Express, PO Box 60189, City of Industry CA 91716-0189 |
| 17328137 | + | Email/Text: BNCnotices@bblawpllc.com | Sep 11 2026 23:51:00 | Ariel Bouskila, 1545 Route 202 Suite 101, Pomona, NY 10970-2951 |
| 17327880 | | Email/Text: bankruptcynotices@azdor.gov | Sep 11 2026 23:50:00 | Arizona Dept of Revenue, PO BOX 29010, Phoenix AZ 85038-9010 |
| 17327884 | | Email/Text: bkclaims@byzfunder.com | Sep 11 2026 23:51:00 | Byzfunder NY LLC, 530 7th Ave Ste 505, New York NY 10018 |
| 17327882 | | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Sep 11 2026 23:52:53 | Bank of America, PO Box 660441, Dallas TX 75266-0441 |
| 17474811 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 11 2026 23:50:00 | Cellco Partnership d/b/a Verizon Wireless, William M Vermette, 22001 Loudoun County PKWY, Ashburn, VA 20147-6122 |
| 17327890 | + | Email/Text: julie@foxbusinessfunding.com | Sep 11 2026 23:51:00 | Fox Funding Group LLC, 803 S 21st Ave, Hollywood FL 33020-6962 |
| 17327891 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 11 2026 23:51:00 | GM FInancial, PO Box 78143, Phoenix AZ 85062-8143 |
| 17389515 | + | Email/Text: bankruptcynotices@sba.gov | Sep 11 2026 23:51:00 | Gil Hopenstand, 312 N Spring Street, 5th Fl, Los Angeles, CA 90012-4701 |
| 18304543 | + | Email/Text: bankruptcynotices@sba.gov | Sep 11 2026 23:51:00 | Gil Hopenstand, SBA Office of General Counsel, 312 N. Spring St., 5th Floor, Los Angeles, CA 90012-4701 |
| 17327893 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 11 2026 23:51:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 21126, Philadelphia PA 19114-0326 |
| 18159692 | + | Email/Text: MKYE@KYELAW.COM | Sep 11 2026 23:51:00 | Mitsubishi HC Capital America, Inc., c/o Kye Law Group, P.C., 201 Old Country Road, Suite 120, Melville, NY 11747-2725 |
| 17328138 | + | Email/Text: BNCnotices@bblawpllc.com | Sep 11 2026 23:51:00 | Samson MCA LLC, 1545 Route 202 Suite 101, Pomona, NY 10970-2951 |
| 17488618 | ^ | MEBN | Sep 11 2026 23:46:38 | Shanna M. Kaminski, P.O. Box 247, Grass Lake, MI 49240-0247 |
| 17389516 | + | Email/Text: bankruptcynotices@sba.gov | Sep 11 2026 23:51:00 | U.S. Small Business Administration, 312 N Spring Street, 5th Fl, Los Angeles, CA 90012 |
| 17476909 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 11 2026 23:51:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 17327905 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 11 2026 23:51:00 | US Bank Cash Card, PO Box 790408, Saint Louis MO 63179-0408 |
| 17327906 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 11 2026 23:51:00 | US Bank Platinum, PO Box 790408, Saint Louis MO 63179-0408 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | TrustBank |
| 17459048 | * | AMERICAN EXPRESS NATIONAL BANK, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN PA 19355-0701 |
| 17488619 | *+ | Fox Funding Group, LLC, 803 S 21st Ave, Hollywood, FL 33020-6962 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY W. AUSTIN | on behalf of Creditor R.N.S. CENTER LIMITED PARTNERSHIP aaustin@fennemorelaw.com gkbacon@fclaw.com |
| Andrew Haynes | on behalf of Debtor DLD3 Carts LLC ahaynes@omlaw.com saguayo@omlaw.com,abourassa@omlaw.com,mlucas@omlaw.com |
| Andrew Haynes | on behalf of Debtor San Tan Manufacturing LLC ahaynes@omlaw.com saguayo@omlaw.com,abourassa@omlaw.com,mlucas@omlaw.com |
| Andrew R O'Keefe | on behalf of Creditor Josh Weeks Enterprises LLC c/o Capstone Financial aro@eblawyers.com, cdn@eblawyers.com |
| BENJAMIN WILLIAM REEVES | on behalf of Creditor TrustBank breeves@swlaw.com jthomes@swlaw.com,docket@swlaw.com |
| Helen K. Santilli | on behalf of Trustee Robert A MacKenzie helen.santilli@nrhslaw.com becca.casteel@nrhslaw.com,danica.acosta@nrhslaw.com,docket@nrhslaw.com |
| Helen K. Santilli | on behalf of Trustee ROBERT A. MACKENZIE helen.santilli@nrhslaw.com becca.casteel@nrhslaw.com,danica.acosta@nrhslaw.com,docket@nrhslaw.com |
| JARED G. PARKER | on behalf of Creditor Fox Capital Group Inc. jparker@psazlaw.com, emaron@psazlaw.com,Parker.JaredG.B138367@notify.bestcase.com,CKing@PSAZLaw.com |
| Michael Zdancewicz | on behalf of Attorney AmeriCredit Financial Services Inc. dba GM Financial Notice@ZLawAZ.com |
| RENEE SANDLER SHAMBLIN | on behalf of U.S. Trustee U.S. TRUSTEE renee.s.shamblin@usdoj.gov |
| ROBERT A. MACKENZIE | on behalf of Trustee ROBERT A. MACKENZIE ram@ramlawltd.com az26@ecfcbis.com |
| ROBERT A. MACKENZIE | |

ram@ramlawltd.com az26@ecfcbis.com

STEVEN N BERGER
on behalf of Creditor Josh Weeks Enterprises LLC c/o Capstone Financial snb@eblawyers.com, cdn@eblawyers.com,mdb@eblawyers.com,pmh@eblawyers.com

STUART BRADLEY RODGERS
on behalf of Trustee ROBERT A. MACKENZIE Stuart.Rodgers@NRHSLaw.com danica.acosta@nrhslaw.com,becca.casteel@nrhslaw.com,docket@NRHSLaw.com

STUART BRADLEY RODGERS
on behalf of Trustee Robert A MacKenzie Stuart.Rodgers@NRHSLaw.com danica.acosta@nrhslaw.com,becca.casteel@nrhslaw.com,docket@NRHSLaw.com

WARREN J. STAPLETON
on behalf of Debtor DLD3 Carts LLC wstapleton@omlaw.com abourassa@omlaw.com,mlucas@omlaw.com

WARREN J. STAPLETON
on behalf of Debtor San Tan Manufacturing LLC wstapleton@omlaw.com abourassa@omlaw.com,mlucas@omlaw.com

TOTAL: 17

SIGNED.

Dated: September 11, 2026

Paul Sala, Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>DLD3 CARTS LLC dba SAN TAN GOLF CARTS,<br><br>Debtor. | (Chapter 7 Case)<br><br>No. 2:24-bk-04998-PS<br>No. 2:24-bk-05001-PS<br><br>(Jointly Administered)<br><br><u>This pleading relates to:</u><br><br>DLD Carts, LLC<br><br>San Tan Manufacutring, LLC<br><br>**All Debtors** X |
| SAN TAN MANUFACTURING, LLC,<br><br>Debtor. | **ORDER TO APPEAR AND SHOW CAUSE WHY GUSTO, INC. SHOULD NOT COMPLY WITH ORDER GRANTING TRUSTEE'S APPLICATION FOR PRODUCTION OF DOCUMENTS AND ORAL EXAMINATION PURSUANT TO F.R.B.P. 2004** |

Upon consideration of the *Trustee's Application for Order to Show Cause why Gusto, Inc. Should Not Comply with Order Granting Trustee's Application for Production of Documents and Oral Examination Pursuant to F.R.B.P. 2004* filed by Robert A. MacKenzie, Chapter 7 Trustee ("**Trustee**"), and good cause appearing therefor:

**IT IS HEREBY ORDERED** directing Gusto, Inc.'s custodian of record ("**Gusto**") to appear in-person before the Honorable Paul Sala. Hearing will be held at the U.S. Bankruptcy Court, 230 North First Avenue, Courtroom 601, Phoenix, AZ, 85003 on **October 6, 2026**, at hour of **11:00 a.m.** and **SHOW CAUSE,** if any as to: (1) why Gusto should not be

required to comply with this Court's Order dated July 16, 2026 (DE 202) requiring production of certain documents and to appear for a telephonic examination; (2) why this Court should not impose monetary sanctions of $100.00 a day for Gusto's failure to comply with the 2004 Order; (3) why this Court should not find that Gusto must pay the Trustee's attorney fees and costs associated without forcing Gusto to comply with the 2004 Order (subject to Court approval of the attorney fees and costs); and (4) why additional and further relief should not be granted. All parties are to appear in person.

**IT IS FURTHER ORDERED** directing Trustee to immediately serve a copy of this Order to Gusto and counsel (if any) and file a certificate of service therefor.

**DATED AND SIGNED ABOVE**