**NACH, RODGERS, HILKERT & SANTILLI**
1220 E. Osborn Rd., Suite 101
Phoenix, AZ 85014
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Stuart B. Rodgers – 025720
Helen K. Santilli – 032441
Email: stuart.rodgers@NRHSlaw.com
Email: helen.santilli@NRHSLaw.com
docket@NRHSLaw.com

*Attorney for Robert A. MacKenzie, Case Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>DLD3 CARTS LLC dba SAN TAN GOLF CARTS,<br><br>Debtor. | (Chapter 7 Case)<br><br>No. 2:24-bk-04998-PS<br>No. 2:24-bk-05001-PS<br><br>(Jointly Administered)<br><br>This pleading relates to:<br><br>DLD Carts, LLC<br><br>San Tan Manufacutring, LLC<br><br>**All Debtors** X |
| SAN TAN MANUFACTURING, LLC,<br><br>Debtor. | **CERTIFICATE OF MAILING** |

I, Danica Acosta, paralegal with the law firm of Nach, Rodgers, Hilkert & Santilli, in its capacity as attorneys for Robert A. MacKenzie, Chapter 7 Trustee, hereby certifies that on the 14th day of September, 2026, I caused to be deposited with the United States Post Office by First Class Mail, postage prepaid, electronic mail, and certified mail*, a copy of the *Order to Appear and Show Cause Why Gusto, Inc. Should Not Comply with Order Granting Trustee's Application for Production of Documents and Oral Examination Pursuant to F.R.B.P. 2004* (DE 224) as follows:

Gusto, Inc.*
c/o Incorporating Services, LTD
3500 S. Dupont Hwy.
Dover, DE 19901
Email: support@gusto.com

Gusto, Inc.*
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE
Dover, DE 19901

Gusto, Inc.*
1201 16th St. Mall, Suite 150
Denver, CO 80202
Email: tax-preparer@gusto.com

Gusto*
c/o Rajeev Verma
27321 N. 51st Glen
Phoenix, Arizona 85083

DATED: September 14, 2026

/s/ *Danica Acosta*
Danica Acosta