UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

## MINUTE ENTRY

***Hearing Information***

| | |
|---|---|
| Bankruptcy Judge: | The Honorable Paul Sala |
| Case Number: | 2:24-bk-04998-PS |
| Caption: | DLD3 Carts LLC |
| Chapter: | N/A |
| Date and Time: | 09/15/2026 11:00 AM |
| Location(s): | PHX-601 |
| Courtroom Clerk: | Tayler Hall |
| Electronic Court Recording Operator: | Ruth Carmona |

***Matter(s)***

STIPULATED MOTION TO COMPROMISE CLAIMS BETWEEN THE ESTATE AND TRUST BANK

***Appearances***

ROBERT BARTLEMAY, ATTORNEY FOR TRUSTEE
MOLLY KJARTANSON, ATTORNEY FOR TRUSTBANK

***Proceedings***

Mr. Bartlemay provides an update. He states the parties are in discussions, and he is awaiting a response from TrustBank regarding an amended 9019. He requests a continuance of approximately two weeks.

Ms. Kjartanson has no objection to a continuance.

COURT: IT IS ORDERED SETTING A CONTINUED HEARING FOR TUESDAY, OCTOBER 6, 2026 AT 11:30 AM.

IF THE PARTIES SEEK TO VACATE THE CONTINUED HEARING, THEY MAY ADDRESS THE COURT'S CONCERNS IN A SUPPLEMENTAL 9019 MOTION.